B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Eastern District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Sierra Foothill Laboratory, Incorporated, a California corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 68-0423362 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City,  and State)<br>255 Scottsville Blvd.<br>Jackson, CA                    ZIPCODE 95642 | Street Address of Joint Debtor (No. and Street, City, and State)<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Amador | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 791<br>Pine Grove, CA                    ZIPCODE 95665 | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above):                ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of  Business**<br>(Check **one** box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other   *Water Testing Service* | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>☑ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9              Recognition of a Foreign<br>                              Main  Proceeding<br>☐ Chapter 11<br>☐ Chapter 12          ☐ Chapter 15 Petition for<br>                              Recognition of a Foreign<br>☐ Chapter 13              Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests: _____<br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: _____ | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer      ☑ Debts are<br>debts, defined in 11 U.S.C.          primarily<br>§101(8) as "incurred by an          business debts.<br>individual primarily for a<br>personal, family, or<br>household purpose." |

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only)   Must attach<br>signed application for the court's consideration certifying that the debtor is unable<br>to pay fee except in installments. Rule 1006(b). See Official Form  3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must<br>attach signed application for the court's consideration.  See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment<br>on 4/01/16 and every three years thereafter).*<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with  11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

**Estimated Assets**

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,000<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Sierra Foothill Laboratory, Incorporated, a California corporation |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

**B1 (Official Form 1) (04/13)**                                                                                 **Page 3**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>Sierra Foothill Laboratory, Inc., a California corporation |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (If not represented by attorney)

_____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.   A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____

(Printed Name of Foreign Representative)

_____

(Date)

### Signature of Attorney*

X _____
    Signature of Attorney for Debtor(s)

ANDREW BRIAN REISINGER 277472
Printed Name of Attorney for Debtor(s)

Dahl Law, Attorneys At Law
Firm Name

2304 "N" Street
Address

Sacramento CA 95816-5716

916 446-8800
Telephone Number

30-April-2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Sandra Nurse_____
    Signature of Authorized Individual

SANDRA JEAN NURSE
Printed Name of Authorized Individual

President
Title of Authorized Individual

4-30-15
Date

Bankruptcy 2015 ©1991-2015, New Hope Software, Inc. - ver. 5.1.2-875 - Wednesday, April 29, 2015, at 13.07.16 - 30937-302Y***** - PDF-XChange 4.0

# RESOLUTION OF THE BOARD OF DIRECTORS

## Sierra Foothill Laboratory, Inc.,
## a California corporation

**WHEREAS**, the above-named corporation, duly qualified to do business in the State of California, currently is unable to pay its debts as they come due; and

**WHEREAS**, the corporation desires to effect an orderly liquidation of its assets for the benefit of its creditors and the corporation has determined that such liquidation can best be accomplished by utilizing the protections and provisions of the Bankruptcy Reform Act of 1978; it is

**RESOLVED,** that the corporation shall file a voluntary petition under Chapter 7 of the Bankruptcy Code; and

**RESOLVED FURTHER**, that the corporation in its name by and through its President and its Secretary shall prepare the appropriate Petition, Statement of Affairs, Schedules of Assets and Liabilities, Summary of Debts and Property and all other necessary documents for filing a Chapter 7 bankruptcy case in the United States Bankruptcy Court for the Eastern District of California; and

**RESOLVED FURTHER,** that the corporation engage and retain Dahl Law, Attorneys at Law, for this purpose and to initiate and continue all further filings, actions and proceedings necessary in connection with the liquidation of the corporation under Chapter 7.

## CERTIFICATE OF CORPORATE OFFICERS

I, Sandra Jean Nurse certify that:

I am the duly qualified and acting President of Sierra Foothill Laboratory, Inc., a California corporation.

The foregoing is a true and correct copy of the resolution adopted by the Board of Directors of the corporation: (1) at a special meeting duly held, or; (2) by unanimous written consent, and entered in the minutes of such meeting in the Minute Book of the corporation.

_Sandra Nurse_

Sandra Jean Nurse
President

I, Anthony Ralph Nurse certify that:

I am the duly qualified and acting Secretary of Sierra Foothill Laboratory, Inc., a California corporation.

The foregoing is a true and correct copy of the resolution adopted by the Board of Directors of the corporation: (1) at a special meeting duly held, or; (2) by unanimous written consent, and entered in the minutes of such meeting in the Minute Book of the corporation.

Anthony Ralph Nurse
Secretary

L:\S211-01\Corporate Resolution.wpd

**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

Case 15-23594    Filed 04/30/15    Doc 1

In re   Sierra Foothill Laboratory, Incorporated, a California corporation    **Debtor**     Case No. _____

                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6B (Official Form 6B) (12/07)

In re __Sierra Foothill Laboratory, Incorporated, a California__
corporation    **Debtor**

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Check from Alpha Analytical Laboratories, Inc. pursuant to Sale Agreement<br>2304 N Street<br>Sacramento, CA 95816<br>[See SOFA, Question 10 for details] | | 40.40 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking - 1738<br>Umpqua Bank<br><br>Checking - 4665<br>Rabobank | | 72.78<br><br>32,540.11 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re    <u>Sierra Foothill Laboratory, Incorporated, a California</u>       Case No. <u>                       </u>

     corporation      **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable<br>See attached detail sheet<br><br>Future payments pursuant to Sale Agreement<br>Alpha Analytical Laboratories, Inc.<br>208 Mason Street<br>Ukiah, CA 95482<br>[See SOFA, Question 10 for details]<br><br>March 2015 payment from Alpha Analytical Laboratories, Inc. pursuant to Sale Agreement | | 17,671.00<br><br>Unknown<br><br><br><br><br>3,005.30 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Deposit | | 500.00 |

Debtor:  Sierra Foothill Laboratory, Inc.
Schedule B - Personal Property
Item 16 - Accounts Receivable

| Client/Customer | Current | 30 | 60 | 90 | TOTAL |
|---|---|---|---|---|---|
| ACWM - Amador Co. Waste Mgmt | | $ 640.00 | | | $ 640.00 |
| AERO - Aerojet | | $ 2,750.00 | | | $ 2,750.00 |
| AMRA - Newman Mines, LLC | | $ 266.00 | | | $ 266.00 |
| AUBU - City of Auburn/OMI | | $ 25.00 | | | $ 25.00 |
| BEVI - Bevington | | $ 175.00 | $ 175.00 | $ 377.00 | $ 727.00 |
| CAM3 - Camp Tamarack Cabin Owners | | $ 40.00 | | | $ 40.00 |
| CASB - California Asbestos Monofill | | | | $ 82.00 | $ 82.00 |
| CCAV - Sierra Nevada Recreation Corp | | $ 120.00 | | | $ 120.00 |
| HOPE - Hope Foundation | | $ 519.00 | | | $ 519.00 |
| ISP - Dianne Threet | | | | $ 120.00 | $ 120.00 |
| JEEP - Jennifer Epperson | | | | $ 2,750.00 | $ 2,750.00 |
| JIB3 - Jackson Rancheria Casino/Hotel | | | $ 166.00 | | $ 166.00 |
| KAI1 - Alice Kaiser | | | $ 80.00 | | $ 80.00 |
| LAKE - Lakeside Venture | | $ 248.00 | | | $ 248.00 |
| LIVE - City of Live Oak | | $ 1,425.00 | | | $ 1,425.00 |
| MELO - Melody Oaks Trailer Park | | $ 455.00 | | | $ 455.00 |
| NEVA - City of Nevada | | $ 357.00 | | | $ 357.00 |
| NEWH - New Hogan Lake/Park Manager | | $ 205.00 | | | $ 205.00 |
| OAKD - City of Oakdale | | $ 1,030.00 | | | $ 1,030.00 |
| OLID - Olivehurst PUD/Drinking Water | | | | $ 1,887.00 | $ 1,887.00 |
| OLIV - Olivehurst PUD | | | | $ 1,788.00 | $ 1,788.00 |
| PLAC - City of Placerville - WW | | $ 330.00 | | | $ 330.00 |
| RITE - Rite of Passage | | $ 156.00 | | | $ 156.00 |
| SHAS - Shasta County Public Works | | $ 1,200.00 | | | $ 1,200.00 |
| YUBA - City of Yuba City | | $ 305.00 | | | $ 305.00 |
| | | | | | $ 17,671.00 |

B6B (Official Form 6B) (12/07) -- Cont.     <span style="color:red">Case 15-23594     Filed 04/30/15     Doc 1</span>

In re    Sierra Foothill Laboratory, Incorporated, a California
          corporation     **Debtor**                                    Case No. _____
                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Balancing the Books<br>460 Sutter Hill Road, Suite B<br>Sutter Creek, CA 95685<br><br>Retainer<br>Krogh & Decker, LLP<br>555 Capitol Mall, Suite 250<br>Sacrmaento, CA 95814 | | 5,625.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Phone Number<br>209-223-2800 | | 100.00 |
| | | Website<br>SierraLab.com / SierraFoothillLab.com | | 100.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment & Supplies<br>See attached Sch B-28 detail sheet<br>255 Scottsville Blvd.<br>Jackson, CA 95642<br>-and-<br>18559 Ridge Road<br>Pine Grove, CA 95665 | | 16,725.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

Debtor(s):  Sierra Foothill Laboratory, Inc., a California corporation
Schedule B - Personal Property
Item 28 - Office equipment, furnishings and supplies

| Quantity | Description | Current Individual Market Value | Market Value Extended |
|---|---|---|---|
| **255 Scottsville Blvd., Jackson, CA 95642** | | | |
| 2 | Office Chairs | $10.00 | $20.00 |
| 1 | Printer (working) | $50.00 | $50.00 |
| 1 | Printer (not working) | $0.00 | $0.00 |
| 4 | 4-Drawer Upright File Cabinets | $10.00 | $40.00 |
| 1 | 2-Drawer Lateral File Cabinet | $10.00 | $10.00 |
| 1 | Framed Print | $50.00 | $50.00 |
| 1 | Techline Cabinet on Balcony | $200.00 | $200.00 |
| 1 | Computer, Printer, Monitor (hard drive removed) | $0.00 | $0.00 |
| 1 | Chair | $10.00 | $10.00 |
| 1 | 4-Drawer File Cabinet | $10.00 | $10.00 |
| 1 | Chair | $10.00 | $10.00 |
| 2 | 4-Drawer Upright File Cabinets | $10.00 | $20.00 |
| 1 | Copystar C5250 Hi Thruput Copier-Scanner | $200.00 | $200.00 |
| 1 | Double Door Refrigerator | $25.00 | $25.00 |
| 1 | Techline Table | $25.00 | $25.00 |
| 4 | Folding Chairs | $5.00 | $20.00 |
| 1 | Microwave | $10.00 | $10.00 |
| 3 | Lobby Chairs | $10.00 | $30.00 |
| 1 | Lobby Table | $10.00 | $10.00 |
| 1 | Lab Cart | $10.00 | $10.00 |
| 1 | Small Table | $10.00 | $10.00 |
| 1 | Chair | $10.00 | $10.00 |
| 6 | Out-of-use Computers (hard drives removed) | $0.00 | $0.00 |
| 1 | Portable, Folding Street Sign | $10.00 | $10.00 |
| 1 | Techline Cabinet Tower | $25.00 | $25.00 |
| 1 | Custom Podium | $100.00 | $100.00 |
| 38 | Boardroom Chairs | $10.00 | $380.00 |
| 8 | Folding Boardroom Tables | $10.00 | $80.00 |
| 1 | Freestanding Projector Screen | $20.00 | $20.00 |
| 1 | 4-Shelf Rack | $20.00 | $20.00 |
| 1 | Cabinet | $10.00 | $10.00 |
| 1 | Techline Desk Return | $15.00 | $15.00 |
| 1 | Office Chair | $10.00 | $10.00 |
| 4 | Computers (hard drives removed) | $0.00 | $0.00 |
| 1 | Copystar Printer-Scanner (fax not operational) | $25.00 | $25.00 |
| 1 | Lab Chair | $10.00 | $10.00 |
| 1 | Floor Mat | $10.00 | $10.00 |
| 1 | Shaker | $10.00 | $10.00 |
| 1 | Glass Front Cabinet | $10.00 | $10.00 |
| 2 | Livestock Troughs | $20.00 | $40.00 |
| 1 | Light Box | $15.00 | $15.00 |
| 1 | Portable Light | $5.00 | $5.00 |
| 1 | Miscellaneous Unused Plastic Sampling Bottles | $40.00 | $40.00 |
| 1 | 8' Ladder | $50.00 | $50.00 |
| 1 | 12' Ladder on 1st Roof | $75.00 | $75.00 |

Debtor(s):  Sierra Foothill Laboratory, Inc., a California corporation
Schedule B - Personal Property
Item 28 - Office equipment, furnishings and supplies

| Quantity | Description | Current Individual Market Value | Market Value Extended |
|---|---|---|---|
| 1 | Floor Mat | $10.00 | $10.00 |
| 1 | Techline Table | $25.00 | $25.00 |
| 1 | Circulating, Heating Water Bath | $250.00 | $250.00 |
| 2 | Chillers (1 inside, 1 outside) | $100.00 | $200.00 |
| 1 | Dessicator | $50.00 | $50.00 |
| 1 | Rotating Sample Table | $25.00 | $25.00 |
| 1 | Light Box | $10.00 | $10.00 |
| 1 | Glass Front Cabinet | $10.00 | $10.00 |
| 1 | Stool | $10.00 | $10.00 |
| 1 | Chair | $10.00 | $10.00 |
| 1 | Small Fume Evaccuator | $25.00 | $25.00 |
| 1 | Computer (hard drive removed) | $0.00 | $0.00 |
| 1 | BOD Incubator | $50.00 | $50.00 |
| 1 | Cabinets | $10.00 | $10.00 |
| 1 | Fan | $5.00 | $5.00 |
| 1 | CMA Dishwasher | $100.00 | $100.00 |
| 1 | Fan | $5.00 | $5.00 |
| 1 | Chair | $10.00 | $10.00 |
| 1 | Floor Mat | $10.00 | $10.00 |
| 4 | Dry Racks | $10.00 | $40.00 |
| 1 | RO Unit | $200.00 | $200.00 |
| 1 | 8' x 8' Walk-in Refrigeration Box (excellent condition) | $2,000.00 | $2,000.00 |
| 1 | Various Techline Office Furnishings (excellent condition) | $10,000.00 | $10,000.00 |
| 1 | Deionizer United Cartridged | $25.00 | $25.00 |
| | SUBTOTAL: | | $14,810.00 |

**18559 Ridge Road, Pine Grove, CA 95665**

| | | | |
|---|---|---|---|
| 1 | Sypodium Smart Board | $50.00 | $50.00 |
| 1 | Computer w/ Hard Drive | $25.00 | $25.00 |
| 1 | EIKI LC-X986 Rearscreen Projector & (2) Polycom Videoconference Stations | $1,250.00 | $1,250.00 |
| 1 | 100X Dissecting Microscope | $100.00 | $100.00 |
| 1 | Rainin Peristaltic Pump | $100.00 | $100.00 |
| 1 | Disseting Microscope | $20.00 | $20.00 |
| 1 | Dynamax Peristaltic Pump | $300.00 | $300.00 |
| 1 | Fax Machine | $50.00 | $50.00 |
| 1 | Antique Microscope | $20.00 | $20.00 |
| | SUBTOTAL: | | $1,915.00 |

**TOTAL:** **$16,725.00**

In re   Sierra Foothill Laboratory, Incorporated, a California
corporation   **Debtor**

Case No. _____
(**If known**)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery, fixtures, equipment & supplies used in business<br>Itemized at Schedule B-28 | | 0.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

0   continuation sheets attached   Total   $   76,379.59

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6C (Official Form 6C)  (04/13)

In re ___Sierra Foothill Laboratory, Incorporated, a California___

     corporation     **Debtor**

Case No. _____

                                  **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐    11 U.S.C. § 522(b)(2)

☐    11 U.S.C. § 522(b)(3)

☐    Check if debtor claims a homestead exemption that exceeds $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

**B6D (Official Form 6D) (12/07)**

In re  Sierra Foothill Laboratory, Incorporated, a California ,    Case No. _____
corporation
_____
**Debtor**                                                            **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

___0___ continuation sheets attached

| | | |
|---|---|---|
| Subtotal▷ (Total of this page) | $    0.00 | $    0.00 |
| Total▷ (Use only on last page) | $    0.00 | $    0.00 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13)**

In re Sierra Foothill Laboratory, Incorporated, a California corporation ,  Case No._____

Debtor (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re___Sierra Foothill Laboratory, Incorporated, a California_____,    Case No._____
        corporation        Debtor                                                              (if known)

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re Sierra Foothill Laboratory, Incorporated, a California ,
corporation
**Debtor**

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Linda Gonzales <br> c/o DIR - Labor Standards Enforcement <br> 31 East Channel Street, Room 317 <br> Stockton, CA 95202 | | | | | | | 1,728.51 | 1,728.51 | 0.00 |
| ACCOUNT NO. <br><br> Meghan O'Keefe <br> c/o DIR - Labor Standards Enforcement <br> 31 East Channel Street, Room 317 <br> Stockton, CA 95202 | | | | | | | 128.00 | 128.00 | 0.00 |
| ACCOUNT NO. <br><br> Meghan O'Keefe <br> PO Box 16 <br> West Point, CA 95255 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Sarah Villierme <br> c/o DIR - Labor Standards Enforcement <br> 31 East Channel Street, Room 317 <br> Stockton, CA 95202 | | | | | | | 616.20 | 616.20 | 0.00 |

Sheet no. 1 of 11 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotal ➢
(Totals of this page)    $ 2,472.71   $ 2,472.71   $ 0.00

Total ➢    $
(Use only on last page of the completed
Schedule E.)  Report also on the Summary
of Schedules)

Totals ➢    $    $    $
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re Sierra Foothill Laboratory, Incorporated, a California ,
corporation

**Debtor**

Case No. _____

**(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(5)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Adam C. Curtis <br> 1170 Green Oaks Way <br> Lodi, CA 95240 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Anne Dell'Otro <br> 8542 Dellotro Road <br> Mokelumne Hill, CA 95245 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Anthony Nurse <br> PO Box 791 <br> Pine Grove, CA 95665 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Carly Wood <br> 8678 Pardillo Avenue <br> Orangevalle, CA 95662 | | | | | | | Unknown | Unknown | Unknown |

Sheet no. _2_ of _11_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▷
(Totals of this page)

$              0.00 | $              0.00 | $              0.00

Total ▷
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

$

Totals ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$ | $ | $

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re Sierra Foothill Laboratory, Incorporated, a California , corporation

**Debtor**

Case No. _____

(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(5)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dale E. Gimble <br> PO Box 112 <br> Valley Springs, CA 95252 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Dannette Stowers <br> PO Box 1108 <br> Sutter Creek, CA 95685 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Elaine M. Boitano <br> PO Box 1777 <br> Jackson, CA 95642 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Emali J. Johnson <br> 123 Eva Way <br> Jackson, CA 95642 | | | | | | | Unknown | Unknown | Unknown |

Sheet no. 3 of 11 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▷
(Totals of this page)    $    0.00    $    0.00    $    0.00

Total ▷
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)    $

Totals ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $    $

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re Sierra Foothill Laboratory, Incorporated, a California ,
corporation

**Debtor**

Case No. _____

**(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(5)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Holly Thomas <br> USDOL - Employee Benefits Security Admin <br> 90 7th Street, Suite 11300 <br> San Francisco, CA 94103 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Jerry I. Tamura <br> 2823 E. Millbrae Avenue <br> Fresno, CA 93710 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Jimmy L. Blackwell <br> PO Box 1526 <br> Pioneer, CA 95666 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> John J. Manning <br> PO Box 83 <br> West Point, CA 95255 | | | | | | | Unknown | Unknown | Unknown |

Sheet no. 4 of 11 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➢
(Totals of this page)

$       0.00 | $       0.00 | $       0.00

Total ➢
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

$

Totals ➢
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$ | $ | $

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re Sierra Foothill Laboratory, Incorporated, a California  ,
corporation
           **Debtor**

Case No. _____
           **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)  Sec. 507(a)(5)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Julia C. Mello <br> 2334 Heinenann Drive <br> Valley Springs, CA 95252 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Karen L. Lantz <br> PO Box 1745 <br> Valley Springs, CA 95252 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Katherine M. Ruttan <br> 5284 Carbondale Road <br> Plymouth, CA 95669 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Kathryn Johnson <br> PO Box 44 <br> Martell, CA 95654 | | | | | | | Unknown | Unknown | Unknown |

Sheet no. 5 of 11 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▷
(Totals of this page)  $ 0.00 | $ 0.00 | $ 0.00

Total ▷
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)  $

Totals ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  $  $

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re Sierra Foothill Laboratory, Incorporated, a California ,
corporation
**Debtor**

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(5)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Kelli J. Caulfield<br>7822 Center Parkway #4<br>Sacramento, CA 95823 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br>Kim Berg<br>PO Box 266<br>Jackson, CA 95642 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br>Larry A. Kepner<br>13843 Running Gold Road<br>Sutter Creek, CA 95685 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br>Laura Voss<br>PO Box 102<br>Pine Grove, CA 95665 | | | | | | | Unknown | Unknown | Unknown |

Sheet no. 6 of 11 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▷
(Totals of this page)    $ 0.00    $ 0.00    $ 0.00

Total ▷
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)    $

Totals ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $    $

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re Sierra Foothill Laboratory, Incorporated, a California corporation ,
      **Debtor**

Case No. _____
      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)   Sec. 507(a)(5)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Linda K. Gonzales<br>PO Box 653<br>Jackson, CA 95642 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO.<br><br>Nancy Cameron<br>4496 Freshwater Road<br>Williams, CA 95987 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO.<br><br>Nathan Hoeltje<br>2100 Valley View Parkway #118<br>El Dorado Hills, CA 95762 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO.<br><br>Rachel J. Kaua<br>PO Box 224<br>Angels Camp, CA 95222 | | | | | | | Unknown | Unknown | Unknown |

Sheet no. 7 of 11 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➢
(Totals of this page)    $ 0.00    $ 0.00    $ 0.00

Total ➢
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)    $

Totals ➢
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $    $

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re Sierra Foothill Laboratory, Incorporated, a California , Case No. _____
corporation
**Debtor** **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(5)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| Richard L. Nurse PO Box 791 Pine Grove, CA 95665 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. | | | | | | | | | |
| Sandra Nurse PO Box 791 Pine Grove, CA 95665 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. | | | | | | | | | |
| Steven Wilson 18557 Ridge Road Pine Grove, CA 95665 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. | | | | | | | | | |
| Tanya M. Johnston 1299 Antelope Creek Drive #75 Roseville, CA 95678 | | | | | | | Unknown | Unknown | Unknown |

Sheet no. 8 of 11 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ▷ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ▷ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re Sierra Foothill Laboratory, Incorporated, a California , Case No. _____
corporation
**Debtor** **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(5)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Twila L. Garcia <br> 547 Butterview Drive <br> Williams, CA 95987 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | | |

Sheet no. 9 of 11 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal ➢ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| | Total ➢ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| | Totals ➢ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re Sierra Foothill Laboratory, Incorporated, a California , corporation
**Debtor**

Case No. _____
**(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Amador County Tax Collector 810 Court Street Jackson, CA 95642-2132 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. Employee Development Department Bankruptcy Special Procedures Group PO Box 826880 MIC 92E Sacramento, CA 94280-0001 | | | Possible State Tax Lien | | | | 26,695.06 | 26,695.06 | 0.00 |
| ACCOUNT NO. Franchise Tax Board Bankruptcy Section, MS: A-340 PO Box 2952 Sacramento, CA 95812-2952 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | | | | | 268,163.37 | 268,163.37 | 0.00 |

Sheet no. 10 of 11 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➢ $ 294,858.43 | $ 294,858.43 | $ 0.00
(Totals of this page)

Total ➢ $
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

Totals ➢ $ | $ | $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13) - Cont.

In re Sierra Foothill Laboratory, Incorporated, a California corporation , Case No. _____

**Debtor** **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Melissa Walton Internal Revenue Service 4330 Watt Avenue Sacramento, CA 95821 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 11 of 11 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)  $ 0.00  $ 0.00  $ 0.00

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)  $ 297,331.14

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $   $ 297,331.14  $ 0.00

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07)**

In re __Sierra Foothill Laboratory, Incorporated, a California corporation__,   Case No. _____

                     **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Aces Waste Service<br>600 Buena Vista Road<br>Ione, CA 95640 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Agilent Technologies<br>2850 Centerville Road<br>Wilmington, DE 19808 | | | Collateral sold to Alpha Analytical [See SOFA, Question 10] | | | | Notice Only |
| ACCOUNT NO.<br>Altus Global Trade Solutions<br>PO Box 1389<br>Kenner, LA 70063 | | | Collecting for Microtech Scientific | | | | Notice Only |
| ACCOUNT NO.<br>Anthem Blue Cross<br>PO Box 9062<br>Oxnard, CA 93031 | | | | | | | Notice Only |

__13__ continuation sheets attached

Subtotal ⊳ $         0.00

Total ⊳ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re    Sierra Foothill Laboratory, Incorporated, a California    ,        Case No. _____

     corporation                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AT&T<br>250 S. Clinton, 4th Floor<br>Syracuse, NY 13202 | | | Interstate Dedicated Private Line | | | X | 25.00 |
| ACCOUNT NO.  4973<br>AT&T<br>Business Service<br>14575 Presidio Square, Room CR<br>Houston, TX 77083 | | | | | | X | 2,380.27 |
| ACCOUNT NO.  6367<br>AT&T<br>Business Service<br>14575 Presidio Square, Room CR<br>Houston, TX 77083 | | | | | | | 534.87 |
| ACCOUNT NO.<br>Attorney Recovery Systems, Inc.<br>18757 Burbank Blvd., Ste. 300<br>Tarzana, CA 91356 | | | Collecting for McCampbell Analytical | | | | Notice Only |
| ACCOUNT NO.<br>Babcock Laboratories, Inc.<br>PO Box 432<br>Riverside, CA 92502 | | | | | | | 13,162.90 |

Sheet no.  1   of  13   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    16,103.04

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Sierra Foothill Laboratory, Incorporated, a California          ,          Case No. _____
        corporation
                        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Balancing the Books 460 Sutter Hill Road, Suite B Sutter Creek, CA 95685 | | | | | | X | 56.25 |
| ACCOUNT NO. Bear River Summer Home Tract Association c/o D. Jane Wilkinson 130 Peek Street Jackson, CA 95642 | | | Prepayment for services not performed | | | | 60.00 |
| ACCOUNT NO. BioVir Laboratories, Inc. 685 Stone Road, Unit 6 Benicia, CA 94510 | | | | | | X | 5,315.00 |
| ACCOUNT NO. Blue Shield of California PO Box 51827 Los Angeles, CA 90051 | | | | | | | 8,638.00 |
| ACCOUNT NO. Blunder Inn 7998 Washington Street Mountain Ranch, CA 95246 | | | Prepayment for services not performed | | | | 95.00 |

Sheet no. __2__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷     $      14,164.25

Total ▷     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Sierra Foothill Laboratory, Incorporated, a California _____ ,        Case No. _____
          corporation          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Bowers Outdoor Maintenance PO Box 1243 One Grove, CA 95665 | | | | | | | 1,425.00 |
| ACCOUNT NO. | | | | | | | |
| BSK Associates Engineers & Laboratories 550 W. Locust Avenue Fresno, CA 93650 | | | | | | X | 53,310.40 |
| ACCOUNT NO. | | | | | | | |
| California Laboratory Services 3249 Fitzgerald Road Rancho Cordova, CA 95742 | | | | | | X | 68,205.40 |
| ACCOUNT NO. | | | Collecting for KIFF Analytical | | | | |
| California Service Bureau, Inc. 100 Wood Hollow Dr., Suite 200 Novato, CA 94945 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Caltest Analytical Lab 1885 North Kelly Road Napa, CA 94558 | | | | | | X | 5,677.50 |

Sheet no. _3_ of _13_ continuation sheets attached                                        Subtotal▷ | $ | 128,618.30
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                             Total▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Sierra Foothill Laboratory, Incorporated, a California _____ ,          Case No. _____
corporation          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Carbon Copy<br>559 Main Street<br>Placerville, CA 95667 | | | | | | | 2,489.07 |
| ACCOUNT NO.<br><br>Cerilliant<br>811 Paloma Drive, Suite A<br>Round Rock, TX 78665 | | | | | | X | 5,116.59 |
| ACCOUNT NO.<br><br>City of Colusa<br>425 Webster Street<br>Colusa, CA 95932 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Creditors Adjustment Bureau<br>PO Box 5932<br>Sherman Oaks, CA 91413 | | | Collecting for E.S. Babcock & Son, Inc. | | | | Notice Only |
| ACCOUNT NO.<br><br>Curtis & Tompkins, Ltd.<br>2323 5th Street<br>Berkeley, CA 94710 | | | | | | | 1,628.00 |

Sheet no. __4__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $   9,233.66

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re Sierra Foothill Laboratory, Incorporated, a California ,     Case No. _____
corporation              **Debtor**                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>E.S. Babcock & Son, Inc.<br>PO Box 432<br>Riverside, CA 92502 | | | | | | X | 18,843.00 |
| ACCOUNT NO.<br><br>EMSL Analytical, Inc.<br>200 Route 130 North<br>Cinnaminson, NJ 08077 | | | | | | | 114.25 |
| ACCOUNT NO.<br><br>Enviro Sciences, Inc.<br>2501 Mayes Road #100<br>Carrollton, TX 75006 | | | | | | | 4,940.61 |
| ACCOUNT NO.<br><br>Euorfins Eaton Analytical<br>PO Box 95362<br>Grapevine, TX 76099 | | | | | | | 8,580.00 |
| ACCOUNT NO.<br><br>FedEx<br>PO Box 7221<br>Pasadena, CA 91109 | | | | | | | 5,359.19 |

Sheet no. 5 of 13 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷   $   37,837.05

Total▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Sierra Foothill Laboratory, Incorporated, a California   ,          Case No. _____
        corporation
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FGL Environmental <br> 853 Corporation Street <br> Santa Paula, CA 93060 | | | | | | X | 3,077.49 |
| ACCOUNT NO. <br><br> First Insurance Funding Corp. <br> 450 Skokie Blvd., Ste. 1000 <br> PO Box 3306 <br> Northbrook, IL 60065-3306 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> Foothill Sierra Pest Control, Inc. <br> 11072 Mt. Brow Road <br> Sonora, CA 95370 | | | | | | | 430.40 |
| ACCOUNT NO. <br><br> Forensic Analytical <br> 3777 Depot Road, Suite 409 <br> Hayward, CA 94545 | | | | | | | 9,162.98 |
| ACCOUNT NO. <br><br> Frontier <br> PO Box 20550 <br> Rochester, NY 14602-0550 | | | | | | | 594.34 |

Sheet no. 6 of 13 continuation sheets attached                          Subtotal ▷  $    13,265.21
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                          Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Sierra Foothill Laboratory, Incorporated, a California   ,        Case No. _____
        corporation                    **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GSO Golden State Oversight <br> 7901 Stoneridge Drive, Ste. 400 <br> Pleasanton, CA 94588 | | | | | | | 4,372.12 |
| ACCOUNT NO. <br><br> Guinn Randall & Associates <br> 387 Magnolia Avenue, #103-541 <br> Corona, CA 92879 | | | Collecting for California Laboratory Services | | | | Notice Only |
| ACCOUNT NO. <br><br> IC System <br> PO Box 64378 <br> St. Paul, MN 55164 | | | Collecting for FGL Environmental | | | | Notice Only |
| ACCOUNT NO. <br><br> IDEXX Laboratories <br> 1 Idexx Drive <br> Westbrook, ME 04092 | | | | | | | 2,620.50 |
| ACCOUNT NO. <br><br> Jerry I. Tamura <br> 2823 E. Millbrae Avenue <br> Fresno, CA 93710-4824 | | | Consideration: Loan to Business | | | | 11,339.02 |

Sheet no. _7_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  | $ | 18,331.64

Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re Sierra Foothill Laboratory, Incorporated, a California ,    Case No. _____
      corporation
      **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> John Manning <br> c/o DIR - Labor Standards Enforcement <br> 31 East Channel Street, Room 317 <br> Stockton, CA 95202 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Joseph P. Graziano <br> 18757 Burbank Blvd., Ste. 300 <br> Tarzana, CA 91356 | | | Collecting for McCampbell Analytical | | | | Notice Only |
| ACCOUNT NO. <br><br> Kiff Analytical, LLC <br> 2795 Second Street, Suite 300 <br> Davis, CA 95618 | | | | | | X | 23,374.75 |
| ACCOUNT NO. <br><br> Mark Weiner <br> 53 Barcelona <br> Irvine, CA 92614 | | | | | | X | 7,000.00 |
| ACCOUNT NO. <br><br> Matheson Tri Gas <br> Dept LA 23793 <br> Pasadena, CA 91185-3793 | | | | | | | 418.97 |

Sheet no. _8_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ | $ | 30,793.72
Total▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Sierra Foothill Laboratory, Incorporated, a California   ,          Case No. _____
       corporation                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> McCampbell Analytical, Inc. <br> 1534 Willow Pass Road <br> Pittsburg, CA 94565 | | | | | | X | 20,658.48 |
| ACCOUNT NO. <br><br> Mettler Toledo, Inc. <br> PO Box 100682 <br> Pasadena, CA 91189-0682 | | | | | | | 995.00 |
| ACCOUNT NO. <br><br> Michael K. Sipes <br> Attorney At Law <br> 3105 Fite Circle #108 <br> Sacramento, CA 95827 | | | Representing California Service Bureau, Inc. | | | | Notice Only |
| ACCOUNT NO. <br><br> Michael Weisberg <br> PO Box 665 <br> San Andreas, CA 95249 | | | Collecting for BioVir Laboratories, Inc. | | | | Notice Only |
| ACCOUNT NO. <br><br> Microtech Scientific <br> 758 North Batavia Street #C <br> Orange, CA 92868 | | | | | | | 16,788.60 |

Sheet no. _9_ of _13_ continuation sheets attached                                  Subtotal ▷ | $ | 38,442.08
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                          Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Sierra Foothill Laboratory, Incorporated, a California     ,        Case No. _____
        corporation                **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Myrna Oglesby<br>PO Box 720<br>Ukiah, CA 95482 | | | Representing Alpha Analytical | | | | Notice Only |
| ACCOUNT NO.<br><br>North Coast Laboratory<br>5680 West End Road<br>Arcata, CA 95521 | | | | | | | 2,738.06 |
| ACCOUNT NO.  6640<br><br>Pacific Gas & Electric<br>12626 Jackson Gate Road<br>Jackson, CA 95642 | | | | | | | 2,038.82 |
| ACCOUNT NO.  0009<br><br>Pacific Gas & Electric<br>12626 Jackson Gate Road<br>Jackson, CA 95642 | | | | | | | 4,195.78 |
| ACCOUNT NO.<br><br>Plus IT<br>PO Box 8111<br>Stockton, CA 95208 | | | | | | | 7,590.00 |

Sheet no.  10  of  13   continuation sheets attached                Subtotal▷ | $ | 16,562.66
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                   Total▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Sierra Foothill Laboratory, Incorporated, a California     ,     Case No. _____
       corporation          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Quantum Analytics <br> 3400 E. Third Avenue <br> Foster City, CA 94404 | | | Lease Return | | | | 22,021.87 |
| ACCOUNT NO. <br> Radoslovich Parker, PC <br> 701 University Ave., Ste. 100 <br> Sacramento, CA 95825 | | | | | | | 33,272.26 |
| ACCOUNT NO. <br> Sierra Pacific Industries <br> 12001 La Grange Raod <br> Jamestown, CA 95377 | | | Prepayment for services not performed | | | | 119.50 |
| ACCOUNT NO. <br> Sigma-Aldrich RTC <br> 2931 Soldier Springs Road <br> Laramie, WY 82070 | | | | | | | 64.02 |
| ACCOUNT NO. <br> Silver Lake Mutual Water Co. <br> c/o Paul Duryea <br> 165 Valdeflores Drive <br> Burlingame, CA 94010 | | | Prepayment for services not performed | | | | 10.00 |

Sheet no. _11_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $   55,487.65

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Sierra Foothill Laboratory, Incorporated, a California    ,      Case No. _____
       corporation
               **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> South Silver Lake HOA <br> c/o Terrance J. Dugan <br> 9169 Rosewood Drive <br> Sacramento, CA 95826 | | | Prepayment for services not performed | | | | 144.00 |
| ACCOUNT NO. <br><br> Southwest Airlines Air Cargo <br> P.O. Box 36611 <br> 2702 Love Field Drive <br> Dallas, TX 75235-1611 | | | | | | | 796.47 |
| ACCOUNT NO. <br><br> State Water Resources Control Board <br> Division of Drinking Water / ELAP <br> PO Box 100 <br> Sacramento, CA 95812-0100 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> TGG Accounting <br> 10188 Telesis Court #130 <br> San Diego, CA 92121 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Transworld Systems, Inc. <br> 507 Prudential Road <br> Horsham, PA 19044 | | | Collecting for Curtis & Tompkins, Ltd. | | | | Notice Only |

Sheet no. 12 of 13 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                 Subtotal ▷    $      940.47

                 Total ▷    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re    Sierra Foothill Laboratory, Incorporated, a California    ,    Case No. _____
corporation                          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> UCD Stable Isotope Facility <br> 1 Shields Avenue <br> Mail Stop 1 <br> Davis, CA 95616 | | | | | | | 360.00 |
| ACCOUNT NO. <br><br> Uline <br> PO Box 88741 <br> Chicago, IL 60680-1741 | | | | | | | 491.87 |
| ACCOUNT NO. <br><br> UPS <br> PO Box 1216 <br> Richmond, VA 23218-1216 | | | | | | | 1,332.63 |
| ACCOUNT NO. <br><br> VSP <br> 222 South Riverside Plaza <br> Chicago, IL 60606 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. __13__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $   2,184.50

Total ▷  $   381,964.23

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

**B6G (Official Form 6G) (12/07)**

In re    Sierra Foothill Laboratory, Incorporated, a California
corporation
_____    Case No. _____
            **Debtor**                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AT&T Wireless<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | Cellular Service Contract |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B6H (Official Form 6H) (12/07)

In re  Sierra Foothill Laboratory, Incorporated, a California
     corporation     **Debtor**

Case No. _____
              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Sandra Nurse<br>PO Box 791<br>Pine Grove, CA 95665 | Various |
| Anthony Nurse<br>PO Box 791<br>Pine Grove, CA 95665 | Various |

9:47 AM

03/09/15

Accrual Basis

# Sierra Foothill Laboratory Inc
# Profit & Loss
### January through December 2014

|  | Jan - Dec 14 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Sales Discounts | -206.75 |
| 4500 · Lab Revenue | 1,886,087.55 |
| **Total Income** | 1,885,880.80 |
| **Cost of Goods Sold** |  |
| 5050 · Outside Testing | 261,506.62 |
| 5200 · Payroll Clearing Accounts |  |
| 5240 · Payroll Clearing - Admin | 0.00 |
| **Total 5200 · Payroll Clearing Accounts** | 0.00 |
| 5400 · Lab Supplies | 180,520.07 |
| 5500 · Freight | 36,919.30 |
| **Total COGS** | 478,945.99 |
| **Gross Profit** | 1,406,934.81 |
| **Expense** |  |
| Ask Kathy | -2,393.18 |
| Janitorial | 632.29 |
| Other Services | 0.00 |
| Void | 0.00 |
| 6000 · Personnel |  |
| 6020 · Subcontract Labor | 332.41 |
| 6029 · Employee Wages | 826,159.74 |
| 6030 · Officer Salary | 57,160.00 |
| 6040 · Payroll Taxes Company | 83,046.14 |
| 6080 · Sep IRA Company Portion | 23,878.41 |
| **Total 6000 · Personnel** | 990,576.70 |
| 6200 · Facilities |  |
| 6210 · Rent Expense |  |
| 6215 · Jackson Lab | 36,000.00 |
| 6216 · Colusa Lab | 9,300.00 |
| 6217 · El Dorado Hills Lab | 0.00 |
| 6220 · Apartment | 5,000.00 |
| 6225 · Storage | 3,173.00 |
| 6210 · Rent Expense - Other | 1,000.00 |
| **Total 6210 · Rent Expense** | 54,473.00 |
| 6250 · Repairs & Maintenance |  |
| 6251 · Building | 5,362.20 |
| 6252 · Grounds | 3,175.00 |
| 6255 · Equipment | 915.12 |
| 6250 · Repairs & Maintenance - Other | 1,700.83 |
| **Total 6250 · Repairs & Maintenance** | 11,153.15 |
| 6260 · Utilities |  |
| 6265 · Cell Service | 3,192.74 |
| 6270 · Telephone | 10,454.14 |
| 6275 · Gas & Electric | 49,284.33 |
| 6280 · Garbage | 1,361.95 |
| 6285 · Security Alarm | 1,033.00 |
| 6291 · Sewer and Water | 4,113.93 |
| 6260 · Utilities - Other | 0.00 |
| **Total 6260 · Utilities** | 69,440.09 |
| 6200 · Facilities - Other | 1,983.80 |
| **Total 6200 · Facilities** | 137,050.04 |
| 6300 · Travel Expense |  |
| 6310 · Meals and Entertainment | 2,194.62 |
| 6320 · Hotel | 1,761.38 |
| 6330 · Transportation | 1,998.73 |
| 6340 · Fuel | 2,720.43 |

# Sierra Foothill Laboratory Inc
## Profit & Loss
### January through December 2014

|  | Jan - Dec 14 |
|---|---|
| 6350 · Mileage Reimbursements | 97.44 |
| 6300 · Travel Expense - Other | 83.71 |
| **Total 6300 · Travel Expense** | **8,856.31** |
| 6400 · Automobile Expense |  |
| 6410 · Fuel | 22,637.47 |
| 6411 · Rental | 831.53 |
| 6420 · Auto Maintenance & Repairs | 6,178.98 |
| 6430 · Registration | 399.00 |
| **Total 6400 · Automobile Expense** | **30,046.98** |
| 6500 · Professional Fees |  |
| 6510 · Accounting | 23,661.40 |
| 6520 · Legal | 31,371.09 |
| 6525 · Consulting | 300.00 |
| **Total 6500 · Professional Fees** | **55,332.49** |
| 6600 · Office Expenses |  |
| 6610 · Office Supplies | 18,885.09 |
| 6620 · Computer and Internet | 25,805.18 |
| 6630 · Dues and Subscriptions | 9,394.00 |
| 6640 · Postage and Delivery | 5,072.08 |
| 6650 · Printing and Reproduction | 4,565.26 |
| 6660 · Shredding | 210.00 |
| 6600 · Office Expenses - Other | -359.47 |
| **Total 6600 · Office Expenses** | **63,572.14** |
| 66900 · Reconciliation Discrepancies | -60.00 |
| 6750 · Advertising and Promotion | 79.85 |
| 6800 · Insurance Expense |  |
| 6090 · Workers Comp Preferred | 13,055.38 |
| 6810 · General Liability (First Ins) | 13,682.49 |
| 6820 · Auto Ins | 4,596.40 |
| 6830 · HI net |  |
| 6831 · Health Insurance | 79,246.21 |
| 6832 · Health Empl Reimb | 217.56 |
| 6830 · HI net - Other | 131.03 |
| **Total 6830 · HI net** | **79,594.80** |
| **Total 6800 · Insurance Expense** | **110,929.07** |
| 6870 · Charitable Contributions | 370.81 |
| 6880 · Interest Expense | 2,752.65 |
| 6920 · Bank Service Charges | 44,209.01 |
| 6921 · Late Fee | 670.90 |
| 6922 · Finance charge | 817.92 |
| 6923 · Fee Expense | 5,712.65 |
| 6924 · Merchant Fees | 5,293.39 |
| 6930 · Cash Over/Short | -45.46 |
| 6950 · Licenses and Permits | 1,126.00 |
| 69800 · Uncategorized Expenses | 635.98 |
| 7000 · Taxes |  |
| Corp | 1,600.00 |
| 7030 · Penalties | 491.96 |
| 7000 · Taxes - Other | 6.39 |
| **Total 7000 · Taxes** | **2,098.35** |
| **Total Expense** | **1,458,264.89** |
| **Net Ordinary Income** | **-51,330.08** |
| Other Income/Expense |  |
| Other Expense |  |
| Settlement | 0.00 |
| 8010 · Suspense | -1,786.79 |

9:47 AM

03/09/15

Accrual Basis

# Sierra Foothill Laboratory Inc
## Profit & Loss
### January through December 2014

|  | Jan - Dec 14 |
| --- | --- |
| Total Other Expense | -1,786.79 |
| Net Other Income | 1,786.79 |
| **Net Income** | **-49,543.29** |

**B6 Summary (Official Form 6 - Summary) (12/14)**

# United States Bankruptcy Court
## Eastern District of California

Sierra Foothill Laboratory, Incorporated, a California corporation

In re _____     Case No. _____

                        Debtor

                                             Chapter ____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $    0.00 | | |
| B – Personal Property | YES | 4 | $   76,379.59 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $    0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 13 | | $  297,331.14 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $  381,964.23 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $    0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $    0.00 |
| TOTAL | | 36 | $   76,379.59 | $  679,295.37 | |

# United States Bankruptcy Court
### Eastern District of California

In re     Sierra Foothill Laboratory, Incorporated, a California corporation          Case No. _____

                                        Debtor

                                                              Chapter     7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $    N.A. |
| Average Expenses (from Schedule J, Line 22) | $    N.A. |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4.  Total from Schedule F | | $   N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:25 - 30937-302Y-***** - PDF-XChange 4.0

**B6 (Official Form 6 - Declaration) (12/07)**

Sierra Foothill Laboratory, Inc., a California corporation

In re _____    Case No. _____
                **Debtor**                                                            **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                    Signature: _____
                                                                                 **Debtor**

Date _____                    Signature: _____
                                                             **(Joint Debtor, if any)**

                                              [If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

      I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____              _____
Printed or Typed Name and Title, if any,                              Social Security No.
of Bankruptcy Petition Preparer                                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____         _____
      Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the _____President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Sierra Foothill Laboratory, Inc., a California corporation [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**36**__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____4-30-15_____                Signature: _____*Sandra Nurse*_____
                                                               SANDRA JEAN NURSE
                                                    [Print or type name of individual signing on behalf of debtor.]

                       *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

In Re _Sierra Foothill Laboratory, Incorporated, a California corporation_____

Case No. _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2014 | 1,885,881 | Gross Reciepts  [2015 - $286,342] |
| 2013 | 2,301,922 | Gross Reciepts |
| 2012 | 2,292,568 | Gross Reciepts |

**2.  Income other than from employment or operation of business**

None  ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| 2015 | 26,006.00 | Owner & Employee Loans to Business [$9,168]; Gross Sale Proceeds [See SOFA, Question 10] |
| 2014 | 99,418.00 | Owner & Employee Loans to Business [$99,418] |

**3. Payments to creditors**

None  ☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
|  |  |  |  |

None  ☐

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | See attached detail sheet. | $19,843.34 | $0.00 |
| Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | See attached detail sheet. | $16,002.16 | $0.00 |
| Alpha Analytical Laboratories, Inc. 208 Mason Street Ukiah, CA 95482 | See attached detail sheet. | $7,079.00 | $0.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:26 - 30937-302Y-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                              3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Jerry I. Tamura<br>2823 E. Millbrae Avenue<br>Fresno, CA 93710-4824 | See attached detail sheet. | $12,137.76 | See Schedule F |

None
☐

    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Sandra J. Nurse<br>PO Box 791<br>Pine Grove, CA 95665<br>Relationship: President/Shareholder | See attached detail sheet. | $29,877.50 | $0.00 |
| Anthony R. Nurse<br>PO Box 791<br>Pine Grove, CA 95665<br>Relationship: Secretary/Shareholder | See attached detail sheet. | $1,100.00 | $0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

    a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| John Manning v. Sierra Foothill Laboratory, Inc. State Claim No. 14-34221-TH | Labor Violations | Department of Industrial Relations<br>Division of Labor Standards Enforcement<br>31 East Channel Street, Room 317<br>Stockton, CA 95202 | Judgment entered in favor of Plantiff |
| Meghan O'Keefe v. Sierra Foothill Laboratory, Inc. State Claim No. 14-35106-WC | Wage Claim | Department of Indutrial Relations<br>Division of Labor Standards Enforcement<br>31 East Channel Street, Room 317<br>Stockton, CA 95202 | Closed |

# Debtor:  Sierra Foothill Laboratory, Inc.

**Statement of Financial Affairs**

Question 3b. - Payments to Creditors (Debtor whose debts are not primarily consumer debts)

[List only creditors where aggregate of payments made in 90 days prior to bankruptcy = $6,225 or more]

| Name of & Address of Creditor | Dates of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|
| Alpha Analytical Laboratories, Inc. | | | |
| 208 Mason Street | 17-Mar-2015 | $    7,079.00 | |
| Ukiah, CA 95482 | TOTAL PYMTS | $    7,079.00 | $          - |
| | | | |
| Capital One | 21-Jan-2015 | $    1,319.18 | |
| PO Box 30285 | 22-Jan-2015 | $      842.90 | |
| Salt Lake City, UT 84130-0285 | 23-Jan-2015 | $    1,310.11 | |
| | 24-Jan-2015 | $      471.44 | |
| [8997/7279] | 27-Jan-2015 | $    1,076.61 | |
| | 29-Jan-2015 | $    1,272.12 | |
| | 30-Jan-2015 | $      259.92 | |
| | 31-Jan-2015 | $       96.45 | |
| | 1-Feb-2015 | $      438.69 | |
| | 2-Feb-2015 | $      438.69 | |
| | 3-Feb-2015 | $      499.09 | |
| | 4-Feb-2015 | $      361.12 | |
| | 6-Feb-2015 | $    2,187.00 | |
| | 7-Feb-2015 | $      268.11 | |
| | 8-Feb-2015 | $      487.72 | |
| | 9-Feb-2015 | $      487.72 | |
| | 12-Feb-2015 | $    1,027.50 | |
| | 13-Feb-2015 | $      160.00 | |
| | 14-Feb-2015 | $      200.00 | |
| | 15-Feb-2015 | $    1,123.82 | |
| | 16-Feb-2015 | $      500.00 | |
| | 17-Feb-2015 | $       81.11 | |
| | 18-Feb-2015 | $      500.00 | |
| | 19-Feb-2015 | $      500.00 | |
| | 20-Feb-2015 | $      797.74 | |
| | 21-Feb-2015 | $      215.98 | |
| | 21-Feb-2015 | $      261.58 | |
| | 22-Feb-2015 | $      261.58 | |
| | 24-Feb-2015 | $      940.55 | |
| | 25-Feb-2015 | $      275.70 | |
| | 1-Mar-2015 | $       94.30 | |
| | 2-Mar-2015 | $       50.00 | |
| | 3-Mar-2015 | $      280.91 | |
| | 6-Mar-2015 | $      480.00 | |
| | 25-Feb-2015 | $      275.70 | |
| | TOTAL PYMTS | $   19,843.34 | $          - |

# Debtor:  Sierra Foothill Laboratory, Inc.
**Statement of Financial Affairs**
Question 3b. - Payments to Creditors (Debtor whose debts are not primarily consumer debts)
[List only creditors where aggregate of payments made in 90 days prior to bankruptcy = $6,225 or more]

| Name of & Address of Creditor | Dates of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|
| Capital One | 20-Jan-2015 | $ 505.91 | |
| PO Box 30285 | 21-Jan-2015 | $ 1,423.34 | |
| Salt Lake City, UT 84130-0285 | 23-Jan-2015 | $ 1,447.91 | |
| | 24-Jan-2015 | $ 132.00 | |
| [4587/0750/4107] | 26-Jan-2015 | $ 41.97 | |
| | 27-Jan-2015 | $ 374.50 | |
| | 29-Jan-2015 | $ 828.36 | |
| | 30-Jan-2015 | $ 996.32 | |
| | 31-Jan-2015 | $ 168.06 | |
| | 6-Feb-2015 | $ 621.88 | |
| | 7-Feb-2015 | $ 353.59 | |
| | 8-Feb-2015 | $ 617.70 | |
| | 10-Feb-2015 | $ 584.00 | |
| | 12-Feb-2015 | $ 508.66 | |
| | 13-Feb-2015 | $ 688.55 | |
| | 14-Feb-2015 | $ 313.00 | |
| | 15-Feb-2015 | $ 489.96 | |
| | 16-Feb-2015 | $ 490.00 | |
| | 17-Feb-2015 | $ 175.08 | |
| | 20-Feb-2015 | $ 846.75 | |
| | 22-Feb-2015 | $ 1,179.97 | |
| | 23-Feb-2015 | $ 400.00 | |
| | 25-Feb-2015 | $ 63.46 | |
| | 27-Feb-2015 | $ 1,095.29 | |
| | 28-Feb-2015 | $ 398.34 | |
| | 4-Mar-2015 | $ 47.35 | |
| | 5-Mar-2105 | $ 75.35 | |
| | 6-Mar-2105 | $ 781.16 | |
| | 7-Mar-2015 | $ 353.70 | |
| | TOTAL PYMTS | $ 16,002.16 | $            - |
| Jerry I. Tamura | 2-Feb-2015 | $ 500.00 | |
| 2823 E. Millbrae Avenue | 2-Feb-2015 | $ 500.00 | |
| Fresno, CA 93710-4824 | 2-Mar-2015 | $ 500.00 | |
| | 2-Mar-2015 | $ 500.00 | |
| | 17-Mar-2015 | $ 5,000.00 | |
| | 17-Mar-2015 | $ 3,475.41 | |
| | 26-Mar-2015 | $ 1,662.35 | |
| | TOTAL PYMTS | $ 12,137.76 | See Schedule F |

Debtor:  Sierra Foothill Laboratory, Inc., a California corporation
**Statement of Financial Affairs**
Question 3c. - **All** payments within the one year preceding the filing of this case to or for the benefit
 of creditors who are insiders (relatives, partners, shareholders, members, etc.)

| Name of & Address of Creditor | Date of Payment | Payment Amount Total of Payments | Amount Still Owing |
|---|---|---|---|
| Anthony R. Nurse | 18-Nov-2014 | $   1,100.00 | |
| PO Box 791 | | | |
| Pine Grove, CA 95665 | **TOTAL** | **$   1,100.00** | $            - |
| | | | |
| Sandra J. Nurse | 2-May-2014 | $    600.00 | |
| PO Box 791 | 9-May-2014 | $  1,700.00 | |
| Pine Grove, CA 95665 | 19-May-2014 | $    600.00 | |
| | 27-May-2014 | $  1,000.00 | |
| | 5-Jun-2014 | $    600.00 | |
| | 12-Jun-2014 | $  2,000.00 | |
| | 12-Jun-2014 | $    600.00 | |
| | 21-Jun-2014 | $    500.00 | |
| | 27-Jun-2014 | $    700.00 | |
| | 3-Jul-2014 | $    302.50 | |
| | 10-Jul-2014 | $  1,500.00 | |
| | 17-Jul-2014 | $    800.00 | |
| | 19-Jul-2014 | $    600.00 | |
| | 21-Jul-2014 | $    700.00 | |
| | 22-Aug-2014 | $  1,100.00 | |
| | 5-Sep-2014 | $    600.00 | |
| | 12-Sep-2014 | $    800.00 | |
| | 26-Sep-2014 | $    500.00 | |
| | 26-Sep-2014 | $    600.00 | |
| | 30-Sep-2014 | $    500.00 | |
| | 7-Oct-2014 | $    400.00 | |
| | 13-Oct-2014 | $    800.00 | |
| | 21-Nov-2014 | $    600.00 | |
| | 26-Nov-2014 | $  2,600.00 | |
| | 28-Nov-2014 | $    800.00 | |
| | 26-Jan-2015 | $    500.00 | |
| | 31-Jan-2015 | $  1,000.00 | *Payment made out to |
| | 27-Feb-2015 | $  1,555.00 | A. Nurse for benefit of |
| | 5-Mar-2015 | $    500.00 | S. Nurse |
| | 16-Mar-2015 | $  1,720.00 | |
| | 17-Mar-2015 | $  1,000.00 | |
| | 17-Mar-2015 | $    500.00 | |
| | 31-Mar-2015 | $  1,000.00 | |
| | 2-Apr-2015 | $    600.00 | |
| | **TOTAL** | **$  29,877.50** | $            - |

B7 (Official Form 7) (04/13)                                                                                                                4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Linda Gonzales v. Sierra Foothill Laboratory, Inc. State Claim No. 14-35081-WC | Wage Claim | Department of Industrial Relations Division of Labor Standards Enforcement 31 East Channel Street, Room 317 Stockton, CA 95202 | Pending |
| Linda Gonzales v. Sierra Foothill Laboratory, Inc. State Claim No. 08-74653-JS | Wage Claim | Department of Industrial Relations Divison of Labor Standards Enforcement 2031 Howe Avenue, Suite 100 Sacramento, CA 95825 | Case Closed; Duplicate Claim |
| Sarah Villierme v. Sierra Foothill Laboratory, Inc. State Claim No. 14-35053-WC | Wage Claim | Department of Industrial Relations Division of Labor Standards Enforcement 31 East Channel Street, Room 317 Stockton, CA 95202 | Pending |
| California Service Bureau, Inc. v. Sierra Foothill Laboratory, Inc. Case No. 14-CV-9104 | Collection | Superior Court of California County of Amador 500 Argonaut Lane Jackson, CA 95642 | Pending |

None  ☐  b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Employee Development Department Bankruptcy Special Procedures Group PO Box 826880 MIC 92E Sacramento, CA 94280-0001 | See attached detail sheet. | $34,994; See attached detail sheet |
| John Manning c/o DIR - Labor Standards Enforcement 31 East Channel Street, Room 317 Stockton, CA 95202 | Feb-2015; Apr-2015 | Bank Levy: $837.10; $8,736.00 |

Debtor:  Sierra Foothill Laboratory, Inc., a California corporation

**Statement of Financial Affairs**

Question 4b. - Describe all property that has been attached, garnished or seized
under any legal or equitable process within one year immediately preceding the
commencement of this case.

| Name of & Address Person for Whose Benefit Property was Seized | Date of Seizure | Amount Seized | Client A/R |
|---|---|---|---|
| Employee Development Department | Aug-14 | $ 4,330.00 | City of Jackson |
| Bankruptcy Special Procedures Group | Aug-14 | $ 280.00 | City of Jackson |
| PO Box 826880 MIC 92E | Sep-14 | $ 2,451.00 | City of Jackson |
| Sacramento, CA 94280-0001 | Sep-14 | $ 280.00 | City of Jackson |
| | Oct-14 | $ 2,394.00 | City of Jackson |
| | Oct-14 | $ 751.00 | City of Jackson |
| | Oct-14 | $ 2,968.00 | Placer County |
| | Nov-14 | $ 2,209.00 | City of Jackson |
| | Nov-14 | $ 245.00 | City of Jackson |
| | Nov-14 | $ 3,007.00 | Nevada County |
| | Dec-14 | $ 4,804.00 | City of Jackson |
| | Dec-14 | $ 245.00 | City of Jackson |
| | Jan-15 | $ 2,312.00 | City of Jackson |
| | Jan-15 | $ 681.00 | City of Jackson |
| | Feb-15 | $ 5,709.00 | City of Jackson |
| | Feb-15 | $ 210.00 | City of Jackson |
| | Feb-15 | $ 2,118.00 | Placer County |
| | **TOTAL:** | **$ 34,994.00** | |

**5.    Repossessions, foreclosures and returns**

None
☒
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.    Assignments and Receiverships**

None
☒
a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☒
b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.    Gifts**

None
☒
List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
☒

      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐

      List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Dahl Law, Attorneys At Law 2304 "N" Street Sacramento CA 95816-5716 | 18-Feb, 23-Feb, 17-Mar-2015 | $7,500 total |

**10.  Other transfers**

None
☐

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Alpha Analytical Laboratories, Inc. 208 Mason Street Ukiah, CA 95482 Relationship: None. | February 2015 | See attached detail sheet. |

Sierra Foothill Laboratory, Inc.
Statement of Financial Affairs, Question 10.

On or about February 28, 2015, Sierra Foothill Laboratory, Inc. ("SFL") entered into an agreement with Alpha Analytical Laboratories, Inc. ("Alpha") ("the February Agreement").  Subsequently, on or about March 2, 2015, SFL and Alpha entered an agreement which was a complete novation and substitution of the February 28, 2015 agreement ("the March Agreement").  The most basic premise of the agreements was for SFL to sell and for Alpha to purchase certain existing customer and client accounts.  The purchase price was 20% of gross receipts on the purchased accounts through February 2018 paid monthly.  Prior to the filing of the bankruptcy petition, SFL received $40.40.

On or about March 10, 2015, SFL sold to Alpha substantially all tangible personal property assets. The following comprises the items of personal property sold valued above $250.00.

| Description of Item | Value |
|---|---|
| 2002 Chevrolet S10 Truck      [VIN 1GCCS145528121744] | $250 |
| 2003 Chevrolet S10 Truck      [VIN 1GCCS14H038105222] | $550 |
| Fume Hood | $500 |
| IC System | $300 |
| Tomy Autoclave | $444 |
| Spectrophotometer | *$5,794 |
| Vapor Dist 220V Ammonia Dist Unit 7 Flasks | $3,500 |
| 1 Hach DA 890 Colonimeter | $600 |
| Muffle FurnaceVicleon - 3550 | $500 |
| Genysis 20 Spectrometer (2) | $600 |

*Alpha Analytical Laboratories agreed to take over payments on Spectrophotometer ; Approximately $5,794.47 owing to Agilent Technologies at time of transfer.

Details regarding tangible personal property assets sold to Alpha valued under $250.00 are voluminous and thus not reproduced here.  Such detail is available upon request.

The purchase price was $16,798.00.  Prior to the filing of the bankruptcy petition, SFL received $16,798.00.

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| American River Bank | Checking - 7846 Closing Balance: $0.00 | 12-June-2014 |

## 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
☒

      List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None
☐

      If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 2820 Will S. Green Avenue Colusa, CA 95932 | Sierra Foothill Laboratory, Inc. [Satellite Laboratory] | October 2009 - February 2015 |

---

**16.  Spouses and Former Spouses**

None
☒

      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

      "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

      "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None
☒

     a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:26 - 30937-302Y-***** - PDF-XChange 4.0

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:26 - 30937-302Y-***** - PDF-XChange 4.0

    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

    a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐    bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Sandra J. Nurse<br>PO Box 791<br>Pine Grove, CA 95665 | Ongoing |
| Cathy Castillo, CPA<br>PO Box 1355<br>Sutter Creek, CA 95685 | 2013 - present |
| Linda Radcliffe<br>PO Box 988<br>Sutter Creek, CA 95685 | December 2014 - February 2015 |
| Paulette Thomas<br>18980 Nugget Way<br>Plymouth, CA 95669 | August 2014 - January 2015 |
| Kathy Carlson<br>460 Sutter Hill Road<br>Sutter Creek, CA 95685 | July 2013 - November 2014 |
| Matt Arena<br>TGG Accounting<br>10188 Telesis Court #130<br>San Diego, CA 92121 | March 2013 - May 2013 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:26 - 30937-302Y-***** - PDF-XChange 4.0

None ☐    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Sandra J. Nurse | PO Box 791<br>Pine Grove, CA 95665 | Ongoing |
| Kathy Carlson | 460 Sutter Hill Road<br>Sutter Creek, CA 95685 | July 2013 - November 2014 |

None ☐    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Sandra J. Nurse | PO Box 791<br>Pine Grove, CA 95665 |

None ☒    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 30, 2015, at 12:46:26 - 30937-302Y-***** - PDF-XChange 4.0

**21. Current Partners, Officers, Directors and Shareholders**

None ☒   a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Sandra J. Nurse<br>PO Box 791<br>Pine Grove, CA 95665 | President | 51% ownership interest |
| Anthony R. Nurse<br>PO Box 791<br>Pine Grove, CA 95665 | Secretary | 49% ownership interest |

**22. Former partners, officers, directors and shareholders**

None ☒   a.   If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒   b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23.   Withdrawals from a partnership or distribution by a corporation**

None ☐   If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Sandra J. Nurse<br>PO Box 791<br>Pine Grove, CA 95665<br>Relationship: President / Shareholder | See attached SOFA Q23 detail sheet. | |

B7 (Official Form 7) (04/13)                                                                                                13

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Anthony R. Nurse PO Box 791 Pine Grove, CA 95665 Relationship: Secretary / Shareholder | See attached SOFA Q23 detail sheet. | |

**24.    Tax Consolidation Group**

None

☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25.    Pension Funds**

None

☐

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

American Funds Simple IRA                    05-4769331

\*    \*    \*    \*    \*    \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    4-30-15                    Signature    *Sandra Nurse*

                                    SANDRA JEAN NURSE,
                                    President

                                    _____
                                    Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Debtor(s): Sierra Foothill Laboratory, Inc., California corporation
**Statement of Financial Affairs**
Question 23. - Withdrawals from a partnership or distribution by a corporation.
If the debtor is a partnership, corporation or LLC, list all withdrawals or
distributions credited or given to an insider, including compensation in
any form, bonuses, loans, stock redemptions, options exercised and

| Name & Address of Recipient Relationship to Debtor | Date of Withdrawal | Amount | Purpose of Withdrawal |
|---|---|---|---|
| Anthony Ralph Nurse PO Box 791 Pine Grove, CA 95665 Secretary; 49% shareholder | 18-Nov-2014 | $ 1,100.00 | Payroll |
| Sandra Jean Nurse PO Box 791 Pine Grove, CA 95665 President; 51% Shareholder | 2-May-2014 | $ 600.00 | Distribution |
| | 6-May-2014 | $ 1,241.40 | Payroll |
| | 9-May-2014 | $ 1,700.00 | Reimbursement |
| | 13-May-2014 | $ 1,492.45 | Payroll |
| | 19-May-2014 | $ 600.00 | Distribution |
| | 20-May-2014 | $ 892.45 | Payroll |
| | 27-May-2014 | $ 1,492.45 | Payroll |
| | 27-May-2014 | $ 1,000.00 | Distribution |
| | 3-Jun-2014 | $ 1,241.40 | Payroll |
| | 5-Jun-2014 | $ 600.00 | Distribution |
| | 10-Jun-2014 | $ 1,492.45 | Payroll |
| | 12-Jun-2014 | $ 2,000.00 | Distribution |
| | 12-Jun-2014 | $ 600.00 | Distribution |
| | 17-Jun-2014 | $ 1,492.45 | Payroll |
| | 20-Jun-2014 | $ 600.00 | Payroll |
| | 21-Jun-2014 | $ 500.00 | Distribution |
| | 24-Jun-2014 | $ 392.45 | Payroll |
| | 27-Jun-2014 | $ 700.00 | Reimbursement |
| | 1-Jul-2014 | $ 1,241.40 | Payroll |
| | 3-Jul-2014 | $ 302.50 | Reimbursement |
| | 8-Jul-2014 | $ 1,102.12 | Payroll |
| | 10-Jul-2014 | $ 1,500.00 | Reimbursement |
| | 15-Jul-2014 | $ 1,102.12 | Payroll |
| | 17-Jul-2014 | $ 800.00 | Distribution |
| | 19-Jul-2014 | $ 600.00 | Distribution |
| | 21-Jul-2014 | $ 700.00 | Reimbursement |
| | 22-Jul-2014 | $ 1,102.12 | Payroll |
| | 29-Jul-2014 | $ 102.12 | Payroll |
| | 5-Aug-2014 | $ 905.81 | Payroll |
| | 7-Aug-2014 | $ 1,050.00 | Payroll |
| | 12-Aug-2014 | $ 1,102.12 | Payroll |
| | 13-Aug-2014 | $ 200.00 | Payroll |
| | 14-Aug-2014 | $ 200.00 | Payroll |
| | 19-Aug-2014 | $ 1,102.12 | Payroll |
| | 22-Aug-2014 | $ 1,100.00 | Distribution |
| | 26-Aug-2014 | $ 1,102.12 | Payroll |
| | 5-Sep-2014 | $ 600.00 | Reimbursement |
| | 9-Sep-2014 | $ 1,102.12 | Payroll |

Debtor(s): Sierra Foothill Laboratory, Inc., California corporation
**Statement of Financial Affairs**
Question 23. - Withdrawals from a partnership or distribution by a corporation.
If the debtor is a partnership, corporation or LLC, list all withdrawals or
distributions credited or given to an insider, including compensation in
any form, bonuses, loans, stock redemptions, options exercised and

| Name & Address of Recipient Relationship to Debtor | Date of Withdrawal | Amount | Purpose of Withdrawal | |
|---|---|---|---|---|
| | 12-Sep-2014 | $ 800.00 | Reimbursement | |
| | 16-Sep-2014 | $ 1,102.12 | Payroll | |
| | 23-Sep-2014 | $ 1,102.12 | Payroll | |
| | 26-Sep-2014 | $ 600.00 | Reimbursement | |
| | 26-Sep-2014 | $ 500.00 | Distribution | |
| | 30-Sep-2014 | $ 1,102.12 | Payroll | |
| | 30-Sep-2014 | $ 500.00 | Distribution | |
| | 7-Oct-2014 | $ 905.81 | Payroll | |
| | 7-Oct-2014 | $ 400.00 | Reimbursement | |
| | 13-Oct-2014 | $ 800.00 | Reimbursement | |
| | 14-Oct-2014 | $ 1,102.12 | Payroll | |
| | 21-Oct-2014 | $ 521.00 | Payroll | |
| | 28-Oct-2014 | $ 521.00 | Payroll | |
| | 4-Nov-2014 | $ 521.00 | Payroll | |
| | 11-Nov-2014 | $ 521.00 | Payroll | |
| | 18-Nov-2014 | $ 521.00 | Payroll | |
| | 21-Nov-2014 | $ 600.00 | Distribution | |
| | 25-Nov-2014 | $ 521.00 | Payroll | |
| | 26-Nov-2014 | $ 2,600.00 | Reimbursement | |
| | 28-Nov-2014 | $ 800.00 | Reimbursement | |
| | 2-Dec-2014 | $ 521.00 | Payroll | |
| | 9-Dec-2014 | $ 521.00 | Payroll | |
| | 16-Dec-2014 | $ 521.00 | Payroll | |
| | 23-Dec-2014 | $ 521.00 | Payroll | |
| | 30-Dec-2014 | $ 521.00 | Payroll | |
| | 26-Jan-2015 | $ 500.00 | Reimbursement | |
| | 31-Jan-2015 | $ 1,000.00 | Reimbursement* | *Payment made |
| | 19-Feb-2015 | $ 500.00 | Payroll | out to A. Nurse for |
| | 27-Feb-2015 | $ 1,555.00 | Reimbursement | benefit of S. Nurse |
| | 5-Mar-2015 | $ 500.00 | Reimbursement | |
| | 16-Mar-2015 | $ 1,720.00 | Reimbursement | |
| | 17-Mar-2015 | $ 6,000.00 | Payroll | |
| | 17-Mar-2015 | $ 1,000.00 | Reimbursement | |
| | 17-Mar-2015 | $ 500.00 | Reimbursement | |
| | 24-Mar-2015 | $ 1,000.00 | Payroll | |
| | 31-Mar-2015 | $ 1,000.00 | Reimbursement | |
| | 2-Apr-2015 | $ 600.00 | Reimbursement | |
| | 6-Apr-2015 | $ 800.00 | Payroll | |
| | 8-Apr-2015 | $ 2,400.00 | Payroll | |

___0___ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____      _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*