UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re: | § | Case No. 15-23594 |
|---|---|---|
| | § | |
| SIERRA FOOTHILL LABORATORY, INCORPORATED, A CALIFO | § § § § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Kimberly Husted, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $17,425.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $422,868.73 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $92,967.91 | | |

3) Total gross receipts of $515,836.64 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $515,836.64 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $290,185.24 | $95,401.46 | $104,566.02 | $93,177.35 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $92,167.91 | $92,167.91 | $92,967.91 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $30,896.28 | $206,589.15 | $203,701.15 | $203,701.15 |
| General Unsecured Claims (from **Exhibit 7**) | $359,942.36 | $513,941.09 | $505,524.49 | $125,990.23 |
| **Total Disbursements** | $681,023.88 | $908,099.61 | $905,959.57 | $515,836.64 |

4). This case was originally filed under chapter 7 on 04/30/2015. The case was pending for 50 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/20/2019　　　　　　　　　　By: /s/ Kimberly Husted
　　　　　　　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable See attached detail sheet | 1121-000 | $9,981.00 |
| Future payments pursuant to Sale Agreement Alpha Analytical Laboratories, Inc. 208 Mason Street Ukiah, CA 95482 [See SO | 1121-000 | $452,778.28 |
| March 2015 payment from Alpha Analytical Laboratories, Inc. pursuant to Sale Agreement | 1121-000 | $3,005.30 |
| Retainer Krogh & Decker, LLP 555 Capitol Mall, Suite 250 Sacrmaento, CA 95814 | 1121-000 | $9,452.22 |
| Check from Alpha Analytical Laboratories, Inc. pursuant to Sale Agreement 2304 N Street Sacramento, CA 95816 [See SOFA, | 1229-000 | $40.40 |
| Checking - 1738 Umpqua Bank | 1229-000 | $27.33 |
| Checking - 4665 Rabobank | 1229-000 | $32,515.11 |
| EDD Refund | 1290-000 | $8,037.00 |
| **TOTAL GROSS RECEIPTS** | | **$515,836.64** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Internal Revenue Service | 4110-000 | $268,163.37 | $76,379.59 | $76,379.59 | $64,990.92 |
| 23 | Quantum Analytics | 4110-000 | $22,021.87 | $19,021.87 | $28,186.43 | $28,186.43 |
| **TOTAL SECURED CLAIMS** | | | $290,185.24 | $95,401.46 | $104,566.02 | $93,177.35 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kimberly Husted, Trustee | 2100-000 | NA | $29,041.83 | $29,041.83 | $29,041.83 |
| Kimberly Husted, Trustee | 2200-000 | NA | $706.96 | $706.96 | $706.96 |
| Independent Bank | 2600-000 | NA | $344.82 | $344.82 | $344.82 |
| Integrity Bank | 2600-000 | NA | $14,119.67 | $14,119.67 | $14,119.67 |
| Franchise Tax Board | 2820-000 | NA | $800.00 | $800.00 | $1,600.00 |
| Approved per order | 3210-000 | NA | $22,865.00 | $22,865.00 | $22,865.00 |

**UST Form 101-7-TDR (10/1/2010)**

| #139, Attorney for Trustee | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee | 3220-000 | NA | $210.46 | $210.46 | $210.46 |
| Payment per order #144, Accountant for Trustee | 3410-000 | NA | $23,691.50 | $23,691.50 | $23,691.50 |
| Accountant for Trustee | 3420-000 | NA | $387.67 | $387.67 | $387.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $92,167.91 | $92,167.91 | $92,967.91 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $800.00 | $800.00 | $800.00 |
| 8 | Kathryn L. Johnson | 5800-000 | $0.00 | $2,888.00 | $0.00 | $0.00 |
| 15 | Employment Development Department | 5800-000 | $26,695.06 | $20,438.96 | $20,438.96 | $20,438.96 |
| 16a | Internal Revenue Service | 5800-000 | $0.00 | $181,662.19 | $181,662.19 | $181,662.19 |
| | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $800.00 | $800.00 | $800.00 |
| | Adam C. Curtis | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Anne Dell'Otro | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Anthony Nurse | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Carly Wood | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Dale E. Gimble | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Dannette Stowers | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Elaine M. Boitano | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Emali J. Johnson | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Holly Thomas | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Jerry I. Tamura | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Jimmy L. Blackwell | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Julia C. Mello | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Karen L. Lantz | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Katherine M. Ruttan | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Kelli J. Caulfield | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Kim Berg | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |

|  | Claimant | Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|---|
|  | Larry A. Kepner | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Laura Voss | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Linda Gonzales | 5800-000 | $1,728.51 | $0.00 | $0.00 | $0.00 |
|  | Linda K. Gonzales | 5800-000 | $1,728.51 | $0.00 | $0.00 | $0.00 |
|  | Meghan O'Keefe | 5800-000 | $128.00 | $0.00 | $0.00 | $0.00 |
|  | Nancy Cameron | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Nathan Hoeltje | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Rachel J. Kaua | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Sandra Nurse | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Sarah Villierme | 5800-000 | $616.20 | $0.00 | $0.00 | $0.00 |
|  | Steven Wilson | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Twila L. Garcia | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** |  |  | $30,896.28 | $206,589.15 | $203,701.15 | $203,701.15 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | E.S. BABCOCK & SON INC. | 7100-000 | $13,162.90 | $15,585.08 | $15,585.08 | $4,152.42 |
| 2 | ANTHEM BLUE CROSS | 7100-000 | $8,638.00 | $12,262.00 | $12,262.00 | $3,267.03 |
| 3 | Attorney Recovery Systems Inc | 7100-000 | $9,162.98 | $9,387.98 | $9,387.98 | $2,501.29 |
| 4 | Attorney Recovery Systems Inc | 7100-000 | $20,658.48 | $21,173.84 | $21,173.84 | $5,641.47 |
| 5 | CALIFORNIA SERVICE BUREAU, INC. | 7100-000 | $0.00 | $31,282.80 | $31,282.80 | $8,334.85 |
| 6A | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $22.02 | $22.02 | $5.87 |
| 7 | Microtech Scientific | 7100-000 | $16,788.60 | $16,788.60 | $16,788.60 | $4,473.08 |
| 9 | McCampbell Analytical, Inc. | 7100-000 | $0.00 | $21,287.59 | $21,287.59 | $5,671.77 |
| 10 | Forensic Analytical | 7100-000 | $0.00 | $9,387.98 | $9,387.98 | $2,501.29 |
| 11 | Plus It | 7100-000 | $7,590.00 | $7,950.00 | $7,950.00 | $2,118.16 |
| 12 | Bsk Associates Engineers Laboratories | 7100-000 | $53,310.40 | $53,310.40 | $53,310.40 | $14,203.79 |
| 13 | Pacific Gas and Electric Company | 7100-000 | $4,195.78 | $7,150.65 | $7,150.65 | $1,905.19 |
| 14 | TGG Management | 7100-000 | $0.00 | $12,906.30 | $12,906.30 | $0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | Company, Inc. |  |  |  |  |  |
|  | 15a | Employment Development Department | 7100-000 | $0.00 | $4,228.95 | $4,228.95 | $1,126.74 |
|  | 16b | Internal Revenue Service | 7100-000 | $0.00 | $69,665.71 | $69,665.71 | $18,561.44 |
|  | 16c | Internal Revenue Service | 7300-000 | $0.00 | $21,604.59 | $21,604.59 | $0.00 |
|  | 17 | Blue Shield of California | 7100-000 | $0.00 | $18,407.00 | $18,407.00 | $4,904.28 |
|  | 18 | Richard L. Nurse | 7100-000 | $0.00 | $584.00 | $21.13 | $5.63 |
|  | 19 | California Laboratory Services | 7100-000 | $68,205.40 | $68,205.40 | $68,205.40 | $18,172.35 |
|  | 20 | JM Partners LLC | 7100-000 | $4,940.61 | $4,940.61 | $4,940.61 | $1,316.35 |
|  | 21 | Frontier Communications | 7100-000 | $594.34 | $763.90 | $763.90 | $203.53 |
|  | 22 | Radoslovich | 7100-000 | $33,272.26 | $33,522.19 | $33,522.19 | $8,931.51 |
|  | 24 | John J Manning | 7100-000 | $0.00 | $346.69 | $14.99 | $0.00 |
|  |  | Clerk, US Bankruptcy Court (Claim No. 24; John J Manning) | 7100-001 | $0.00 | $0.00 | $0.00 | $3.99 |
|  | 25 | AT&T Mobility II LLC | 7100-000 | $2,380.27 | $731.14 | $731.14 | $194.80 |
|  | 26 | Kiff Analytical, LLC | 7100-000 | $23,374.75 | $23,374.75 | $23,374.75 | $6,227.87 |
|  | 27 | First Insurance Funding Corp | 7100-000 | $0.00 | $521.78 | $521.78 | $139.02 |
|  | 28 | Bowers Outdoor Maintenance | 7100-000 | $1,425.00 | $1,425.00 | $1,425.00 | $379.67 |
|  | 29 | Secretary of Labor Thomas E. Perez, United States | 7100-000 | $0.00 | $28,555.27 | $28,555.27 | $0.00 |
|  | 30 | Tanya Johnston | 7100-000 | $0.00 | $1,362.86 | $0.00 | $0.00 |
|  | 31 | BANKRUPTCY ESTATE OF NURSE, ANTHONY AND SANDRA 15- | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | 32 | Franchise Tax Board | 7200-000 | $0.00 | $800.00 | $0.00 | $0.00 |
|  | 33 | Fedex Tech Connect Inc. attn: Bankruptcy | 7200-000 | $5,359.19 | $5,359.17 | $0.00 | $0.00 |
|  |  | US Bankruptcy Court | 7100-000 | $0.00 | $11,046.84 | $11,046.84 | $11,046.84 |
|  |  | AT&T | 7100-000 | $534.87 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | AT&T | 7100-000 | $25.00 | $0.00 | $0.00 | $0.00 |
| | Balancing the Books | 7100-000 | $56.25 | $0.00 | $0.00 | $0.00 |
| | Bear River Summer Home Tract | 7100-000 | $60.00 | $0.00 | $0.00 | $0.00 |
| | BioVir Laboratories, Inc. | 7100-000 | $5,315.00 | $0.00 | $0.00 | $0.00 |
| | Blunder Inn | 7100-000 | $95.00 | $0.00 | $0.00 | $0.00 |
| | Caltest Analytical Lab | 7100-000 | $5,677.50 | $0.00 | $0.00 | $0.00 |
| | Carbon Copy | 7100-000 | $2,489.07 | $0.00 | $0.00 | $0.00 |
| | Cerilliant | 7100-000 | $5,116.59 | $0.00 | $0.00 | $0.00 |
| | Curtis & Tompkins, Ltd. | 7100-000 | $1,628.00 | $0.00 | $0.00 | $0.00 |
| | E.S. Babcock & Son, Inc. | 7100-000 | $18,843.00 | $0.00 | $0.00 | $0.00 |
| | EMSL Analytical, Inc. | 7100-000 | $114.25 | $0.00 | $0.00 | $0.00 |
| | Euorfins Eaton Analytical | 7100-000 | $8,580.00 | $0.00 | $0.00 | $0.00 |
| | FGL Environmental | 7100-000 | $3,077.49 | $0.00 | $0.00 | $0.00 |
| | Foothill Sierra Pest Control, Inc. | 7100-000 | $430.40 | $0.00 | $0.00 | $0.00 |
| | GSO Golden State Oversight | 7100-000 | $4,372.12 | $0.00 | $0.00 | $0.00 |
| | IDEXX Laboratories | 7100-000 | $2,620.50 | $0.00 | $0.00 | $0.00 |
| | Jerry I. Tamura | 7100-000 | $11,339.02 | $0.00 | $0.00 | $0.00 |
| | Mark Weiner | 7100-000 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| | Matheson Tri Gas | 7100-000 | $418.97 | $0.00 | $0.00 | $0.00 |
| | Mettler Toledo, Inc. | 7100-000 | $995.00 | $0.00 | $0.00 | $0.00 |
| | North Coast Laboratory | 7100-000 | $2,738.06 | $0.00 | $0.00 | $0.00 |
| | Pacific Gas & Electric | 7100-000 | $2,038.82 | $0.00 | $0.00 | $0.00 |
| | Sierra Pacific Industries | 7100-000 | $119.50 | $0.00 | $0.00 | $0.00 |
| | Sigma-Aldrich RTC | 7100-000 | $64.02 | $0.00 | $0.00 | $0.00 |
| | Silver Lake Mutual Water Co. | 7100-000 | $10.00 | $0.00 | $0.00 | $0.00 |
| | South Silver Lake HOA | 7100-000 | $144.00 | $0.00 | $0.00 | $0.00 |
| | Southwest Airlines Air | 7100-000 | $796.47 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| | Cargo | | | | |
| | UCD Stable Isotope Facility | 7100-000 | $360.00 | $0.00 | $0.00 | $0.00 |
| | Uline | 7100-000 | $491.87 | $0.00 | $0.00 | $0.00 |
| | UPS | 7100-000 | $1,332.63 | $0.00 | $0.00 | $0.00 |
| | VSP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $359,942.36 | $513,941.09 | $505,524.49 | $125,990.23 |

**UST Form 101-7-TDR (10/1/2010)**

| Case No.: | 15-23594-C-7 | | Trustee Name: | Kimberly Husted |
| --- | --- | --- | --- | --- |
| Case Name: | SIERRA FOOTHILL LABORATORY, INCORPORATED, A CALIFORNIA CORPORATION | | Date Filed (f) or Converted (c): | 04/30/2015 (f) |
| For the Period Ending: | 6/20/2019 | | §341(a) Meeting Date: | 06/01/2015 |
| | | | Claims Bar Date: | 10/11/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Check from Alpha Analytical Laboratories, Inc. pursuant to Sale Agreement 2304 N Street Sacramento, CA 95816 [See SOFA, Question 10 for details] | $40.40 | $40.40 | | $40.40 | FA |
| 2 | Checking - 1738 Umpqua Bank | $72.78 | $27.33 | | $27.33 | FA |
| Asset Notes: | bank fees accrued so we could pull bank statements, reducing amount collected. | | | | | |
| 3 | Checking - 4665 Rabobank | $32,540.11 | $32,540.11 | | $32,515.11 | FA |
| 4 | Accounts Receivable See attached detail sheet | $17,671.00 | $10,000.00 | | $9,981.00 | FA |
| Asset Notes: | accounts receivable may have been sold to Alpha Analytical in the sale that preceded the bankruptcy filing | | | | | |
| 5 | Future payments pursuant to Sale Agreement Alpha Analytical Laboratories, Inc. 208 Mason Street Ukiah, CA 95482 [See SOFA, Question 10 for details] | Unknown | $430,000.00 | | $452,778.28 | FA |
| Asset Notes: | Contract signed 2/28/15 and is for 36 months from signing | | | | | |
| 6 | March 2015 payment from Alpha Analytical Laboratories, Inc. pursuant to Sale Agreement | $3,005.30 | $3,005.30 | | $3,005.30 | FA |
| 7 | Deposit Balancing the Books 460 Sutter Hill Road, Suite B Sutter Creek, CA 95685 | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Bookkeeper has provided services during the bankruptcy to answer questions and provide documents to debtor managers. Doubtful any deposit remains. | | | | | |
| 8 | Retainer Krogh & Decker, LLP 555 Capitol Mall, Suite 250 Sacrmaento, CA 95814 | $5,625.00 | $5,625.00 | | $9,452.22 | FA |
| Asset Notes: | Firm hired by the debtor to sort through the DOL claims for the Simple IRA and medical insurance premium issues. Accounting of time to be requested. | | | | | |
| 9 | Phone Number 209-223-2800 | $100.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Trustee believes this was part of sale agreement to Alpha Analytical. | | | | | |
| 10 | Website SierraLab.com / SierraFoothillLab.com | $100.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Trustee believes this was part of the sale agreement to buyer Alpha Analytical and is of no value to the estate. | | | | | |
| 11 | Office Equipment & Supplies See attached Sch B-28 detail sheet 255 Scottsville Blvd. Jackson, CA 95642 -and- 18559 Ridge Road Pine Grove, CA 95665 | $16,725.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Trustee investigated this equipment - a few items were stored at owners home, some others in storage unit but most were abandoned in the building and disposed of by landlord prior to filing. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2　　　　Exhibit 8

| Case No.: | 15-23594-C-7 | Trustee Name: | Kimberly Husted |
|---|---|---|---|
| Case Name: | SIERRA FOOTHILL LABORATORY, INCORPORATED, A CALIFORNIA CORPORATION | Date Filed (f) or Converted (c): | 04/30/2015 (f) |
| For the Period Ending: | 6/20/2019 | §341(a) Meeting Date: | 06/01/2015 |
| | | Claims Bar Date: | 10/11/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Disposal of remaining items would be burdensome to the estate. | | | | | |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Machinery, fixtures, equipment & supplies used in business Itemized at Schedule B-28 | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | See notes for asset 11. | | | | | |
| 13 | EDD Refund (u) | $0.00 | $8,000.00 | | $8,037.00 | FA |

**TOTALS (Excluding unknown value)**　　　　　　　　　　　　　　　　　　　　　**Gross Value of Remaining Assets**

　　　　　　　　　　　　　　　　　　　$76,379.59　　　　　　　$489,238.14　　　　　　　　　　　　$515,836.64　　　　　　　　　　　　　$0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 05/02/2019 | Stop pay placed on the remaining 3 uncashed checks. Research revealed potential address for the Anthem distribution (claim 2) and check will be reissued. Other 2 checks will be escheated to the court for claims 14 and 29. |
| 03/31/2019 | Check issued to claim 29 for the Department of Labor remains uncashed. Will await bank reconciliation next week to confirm this and if so the check is stale and needs to be reissued. Will escheat to the court so case can move to TDR. |
| 11/21/2018 | IRS confirms that the TFR claim is as expected. Go odd notice they reviewed and said was incorrect - go with the filed distribution. |
| 11/16/2018 | TFR is filed with the court and Trustee comp hearing set for 12/11/18 |
| 10/20/2018 | CPA for estate reviewed the IRS notice and re-faxed the return to Rhonda Roberts at IRS. No change from the tax claim yet from the amended claim filed in late 2016 after original return was prepared. |
| 09/17/2018 | Received notice CP210 form the IRS saying the 2012 tax year penalties and interest have increased to $2349.18. No claim update has been entered on PACER. Trustee believes the penalties and interest from this notice are part of claim 16c in distribution. |
| 08/03/2018 | IRS prompt determination letter says return accepted, not selected for audit. FTB prompt determination letter not yet received but they did send request for 2015 and 2016 tax total $764.34. Ready to prep TFR. |
| 07/02/2018 | Final tax return prepared and sent with 60 day prompt determination. Will begin preparing TFR as all admin fee apps are approved. |
| 05/14/2018 | Report from the buyer of the payments made was reconciled with Form 2. All collectibles are now administered. Final tax returns will be prepared for 2018 receipts. The fee applications from professionals are being solicited. A draft of the proposed distribution will be shared with the DOL for their General unsecured claim. |
| 03/28/2018 | All 36 Alpha payments in as of today, claims objections to be heard in April, final tax return to be prepared before TFR. |
| 03/26/2018 | IRS has made the prompt determination on the 2017 taxes submitted. Not selected for audit/approved. |
| 02/06/2018 | 2017 Taxes prepared. No taxes owed and K-1 is sent to Nurse. Payments will wrap up in first half of the year but recent tax law changes may not allow us to file 2018 short tax year. |

| Case No.: | 15-23594-C-7 | Trustee Name: | Kimberly Husted |
|---|---|---|---|
| Case Name: | SIERRA FOOTHILL LABORATORY, INCORPORATED, A CALIFORNIA CORPORATION | Date Filed (f) or Converted (c): | 04/30/2015 (f) |
| For the Period Ending: | 6/20/2019 | §341(a) Meeting Date: | 06/01/2015 |
| | | Claims Bar Date: | 10/11/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Date | Note |
|---|---|
| 07/11/2017 | Spoke to Trustee counsel about options on interim distribution. We plan to put a motion to approve payment of the secured liens, perhaps a small percent to be approved for the priority claims. |
| 06/13/2017 | CPA conducting an audit of the payments made by buyer of the customer list per agreement prior to filing the bankruptcy. Will seek to confirm that all amounts owed the estate to date have indeed been remitted. |
| 04/20/2017 | Claim by Manning to be withdrawn. Working claim for JD Factors now to facilitate an interim distribution if we can satisfy liens and priority. Scheduling audit of payments by buyer with CPA now. |
| 03/14/2017 | FTb says 2017 tax return NOT selected for audit |
| 02/07/2017 | 2016 tax returns were mailed today to both Fed and State. Cloobeck hearing on $800 FTB fees to be heard at end of month. |
| 11/09/2016 | UST following up on the inquiry of the DOL re: when we might have enough funds to satisfy the unsecured claim filed for former Simple IRA plan participants. Sent explanation of where we are to AUST |
| 09/01/2016 | Gabrielson says dispute with IRS Resolved |
| 06/10/2016 | Prompt determination for Tax filing received - not selected for Audit tax period ending 2015 |
| 04/19/2016 | Companion case filed by the Owners - Sandra Nurse was filed as a NDR due to tax issues on 4/4/16 by the successor trustee Doug Whatley. SFL tax return for 2015 has been prepared with no liability for this tax year. Mailing this week for 60 day prompt determination |
| 04/15/2016 | Court approved payment of $800 FTB tax placed in the mail today. Working to determine best method to handle DOL general unsecured claim. Must collect and make payment on all priority claims first.. |
| 02/18/2016 | State and Federal taxes sent pending 60 day prompt determination , nothing owed |
| 01/05/2016 | Telephone discussion with DOL investigator Holly Thomas. The DOL recognized an error in the claim filed in the corporate bankruptcy and will be amending the claim to match what was filed in the personal bankruptcy. We discussed a possible interim distribution to satisfy the governmental claims. She says that will not completely satisfy all employee claims as there is some lost opportunity owed people who didn't file claims, or filed them late. |
| 09/18/2015 | Corporate taxes for 2015 filed. Levy issue resolved. Alpha will resume payments. |

| Initial Projected Date Of Final Report (TFR): | 03/18/2017 | Current Projected Date Of Final Report (TFR): | 11/02/2018 | /s/ KIMBERLY HUSTED |
|---|---|---|---|---|
| | | | | KIMBERLY HUSTED |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-23594-C-7 | | Trustee Name: | Kimberly Husted |
|---|---|---|---|---|
| Case Name: | SIERRA FOOTHILL LABORATORY, INCORPORATED, A CALIFORNIA CORPORATION | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3362 | | Checking Acct #: | ******3594 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/30/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/20/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/10/2015 | (1) | Alpha Analytical | Payment from Alpha Analytical on purchase | 1229-000 | $40.40 | | $40.40 |
| 06/10/2015 | (2) | Sierra Foothill | Proceeds from Bank Account Umpqua | 1229-000 | $27.33 | | $67.73 |
| 06/10/2015 | (3) | Sierra Foothill lab | Proceeds from Bank Account | 1229-000 | $32,515.11 | | $32,582.84 |
| 06/10/2015 | (4) | Mutual Water Co | from Mutual Water Co | 1121-000 | $300.00 | | $32,882.84 |
| 06/10/2015 | (4) | Skinner Vineyards | from Skinner Vineyards | 1121-000 | $220.00 | | $33,102.84 |
| 06/10/2015 | (4) | Shasta County | from Shasta County | 1121-000 | $1,200.00 | | $34,302.84 |
| 06/10/2015 | (4) | City of Live Oak | from City of Live Oak | 1121-000 | $1,425.00 | | $35,727.84 |
| 06/10/2015 | (4) | Aerojet | from Aerojet | 1121-000 | $2,750.00 | | $38,477.84 |
| 06/10/2015 | (4) | City of Oakdale | from City of Oakdale | 1121-000 | $749.00 | | $39,226.84 |
| 06/10/2015 | (4) | City of Placerville | from City of Placerville | 1121-000 | $330.00 | | $39,556.84 |
| 06/12/2015 | (5) | Alpha Analytical | Payment April | 1121-000 | $13,875.18 | | $53,432.02 |
| 06/12/2015 | (6) | Alpha Analytical | Payment on contract for March 2015 | 1121-000 | $3,005.30 | | $56,437.32 |
| 06/30/2015 | (4) | City of Nevada City | from City of Nevada City | 1121-000 | $3,007.00 | | $59,444.32 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $52.63 | $59,391.69 |
| 07/01/2015 | (5) | Alpha Analytical | Payment from pre-petition sale | 1121-000 | $19,150.09 | | $78,541.78 |
| 07/31/2015 | (5) | Alpha Analytical Lab | Payment from June 2015 reciepts | 1121-000 | $14,555.82 | | $93,097.60 |
| 07/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $125.69 | $92,971.91 |
| 08/27/2015 | (5) | Alpha Analytical | Payment on sale agreement pre-petition | 1121-000 | $23,716.01 | | $116,687.92 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $153.37 | $116,534.55 |
| 09/29/2015 | (5) | Alpha Analytical | Payment from prior sale | 1121-000 | $24,521.34 | | $141,055.89 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $183.18 | $140,872.71 |
| 10/30/2015 | (5) | Alpha Analytical | Payment for September | 1121-000 | $17,383.77 | | $158,256.48 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $227.22 | $158,029.26 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $245.76 | $157,783.50 |
| 12/08/2015 | (5) | Alpha Analitical | Payment on sale | 1121-000 | $13,724.60 | | $171,508.10 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $270.92 | $171,237.18 |
| 01/05/2016 | (5) | Alpha Analytical | Payment | 1121-000 | $14,623.45 | | $185,860.63 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $295.22 | $185,565.41 |
| | | | SUBTOTALS | | $187,119.40 | $1,849.21 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-23594-C-7 | | Trustee Name: | Kimberly Husted |
|---|---|---|---|---|
| Case Name: | SIERRA FOOTHILL LABORATORY, INCORPORATED, A CALIFORNIA CORPORATION | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3362 | | Checking Acct #: | ******3594 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/30/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/20/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/10/2016 | (5) | Alpha Analytical | Payment from prior sale | 1121-000 | $11,785.61 | | $197,351.02 |
| 02/23/2016 | (5) | Alpha Analytical | Payment for January 2016 from prior sale | 1121-000 | $12,256.73 | | $209,607.75 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $294.84 | $209,312.91 |
| 03/24/2016 | (5) | Alpha Analytical | Payment from prior sale | 1121-000 | $12,752.95 | | $222,065.86 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $340.26 | $221,725.60 |
| 04/15/2016 | 20001 | Franchise Tax Board | Payment per order 45 for 2016 Corporation tax for 68-0423362 | 2820-000 | | $800.00 | $220,925.60 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $346.01 | $220,579.59 |
| 05/04/2016 | (5) | Alpha Anaytical | Payment from prior sale | 1121-000 | $12,440.85 | | $233,020.44 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $372.61 | $232,647.83 |
| 06/02/2016 | (5) | Alpha Analytical | Payment | 1121-000 | $13,418.05 | | $246,065.88 |
| 06/27/2016 | (5) | Alpha Analytical | Payment | 1121-000 | $7,553.39 | | $253,619.27 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $383.47 | $253,235.80 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $408.45 | $252,827.35 |
| 08/02/2016 | (5) | Alpha Analytical | Payment on prior sale | 1121-000 | $8,777.70 | | $261,605.05 |
| 08/30/2016 | (5) | Alpha Analytical | Payment from prior sale | 1121-000 | $11,564.93 | | $273,169.98 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $421.64 | $272,748.34 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $425.73 | $272,322.61 |
| 10/06/2016 | (5) | Alpha Analytical | Payment on prior sale | 1121-000 | $15,079.30 | | $287,401.91 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $455.71 | $286,946.20 |
| 11/05/2016 | (5) | Alpha Analytical | Payment on prio sale | 1121-000 | $11,779.50 | | $298,725.70 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $461.99 | $298,263.71 |
| 12/01/2016 | (5) | Alpha Analytical | Payment on prior sale | 1121-000 | $13,534.75 | | $311,798.46 |
| 12/28/2016 | (5) | Alpha Analytical | Payment on prior sale | 1121-000 | $10,486.05 | | $322,284.51 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $503.30 | $321,781.21 |
| 01/28/2017 | (5) | Alpha Analytical | Payment on prior sale | 1121-000 | $10,057.81 | | $331,839.02 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $519.54 | $331,319.48 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $482.68 | $330,836.80 |
| | | | **SUBTOTALS** | | $151,487.62 | $6,698.91 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-23594-C-7 | | Trustee Name: | Kimberly Husted |
|---|---|---|---|---|
| Case Name: | SIERRA FOOTHILL LABORATORY, INCORPORATED, A CALIFORNIA CORPORATION | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3362 | | Checking Acct #: | ******3594 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/30/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/20/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/05/2017 | (5) | Alpha Analytical | Payment on Prior Sale | 1121-000 | $9,055.35 | | $339,892.15 |
| 03/06/2017 | 20002 | FRANCHISE TAX BOARD | Payment per order document 51 | 5800-000 | | $800.00 | $339,092.15 |
| 03/29/2017 | (5) | Alpha Analytical | Payment for Feb 2017 | 1121-000 | $9,411.50 | | $348,503.65 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $545.22 | $347,958.43 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $543.13 | $347,415.30 |
| 05/04/2017 | (5) | Alpha Analytical | Payment | 1121-000 | $11,191.15 | | $358,606.45 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $530.58 | $358,075.87 |
| 06/01/2017 | (5) | Alpha Analytical | Payment on prior sale | 1121-000 | $9,755.50 | | $367,831.37 |
| 06/05/2017 | (13) | State of California | Refund from EDD | 1290-000 | $8,037.00 | | $375,868.37 |
| 06/14/2017 | (8) | Krogh & Decker | Turnover of unused retainer | 1121-000 | $2,205.00 | | $378,073.37 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $539.27 | $377,534.10 |
| 07/07/2017 | (5) | Alpha Analytical | Payment for May 2017 from prior sale | 1121-000 | $15,530.65 | | $393,064.75 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $577.21 | $392,487.54 |
| 08/07/2017 | (5) | Alpha Analytical | Payment on prior sale | 1121-000 | $8,892.30 | | $401,379.84 |
| 08/17/2017 | 20003 | Internal Revenue Service | Payment per order 64 for FEIN 68-0423362 | 4110-000 | | $64,990.92 | $336,388.92 |
| 08/17/2017 | 20004 | Steven Booska for Quantum Analytics | Payment per order 64 | 4110-000 | | $28,186.43 | $308,202.49 |
| 08/17/2017 | 20005 | Internal Revenue Service | Payment per order 64 for FEIN 68-0423362 | 5800-000 | | $114,229.88 | $193,972.61 |
| 08/17/2017 | 20006 | FRANCHISE TAX BOARD | Payment per order 64 for FEIN 68-0423362 | 5800-000 | | $493.21 | $193,479.40 |
| 08/17/2017 | 20007 | Employment Development Department | Payment per order 64 for FEIN 68-0423362 | 5800-000 | | $12,263.38 | $181,216.02 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $552.24 | $180,663.78 |
| 09/12/2017 | (5) | Alpha Analytical | 36 month payment agreement entered 2/28/2015 | 1121-000 | $9,545.15 | | $190,208.93 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $267.60 | $189,941.33 |
| 10/09/2017 | (5) | Alpha Analytical | 36 month payment agreement entered 2/28/2015 | 1121-000 | $14,919.75 | | $204,861.08 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $297.18 | $204,563.90 |
| 11/01/2017 | (5) | Alpha Analytical | Payment for September 2017 | 1121-000 | $10,448.41 | | $215,012.31 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $308.61 | $214,703.70 |
| 12/04/2017 | (5) | Alpha Analytical | Payment for October 2017 | 1121-000 | $14,532.08 | | $229,235.78 |
| 12/20/2017 | (8) | Krogh & Decker | Return of retainer | 1121-000 | $7,247.22 | | $236,483.00 |
| | | | **SUBTOTALS** | | $138,018.28 | $225,124.86 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-23594-C-7 | | Trustee Name: | Kimberly Husted |
|---|---|---|---|---|
| Case Name: | SIERRA FOOTHILL LABORATORY, INCORPORATED, A CALIFORNIA CORPORATION | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3362 | | Checking Acct #: | ******3594 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/30/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/20/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $341.23 | $236,141.77 |
| 01/02/2018 | (5) | Alpha Analytical | 36 month payment agreement entered 2/28/2015 | 1121-000 | $7,149.90 | | $243,291.67 |
| 01/30/2018 | (5) | Alpha Analytical | 36 month payment agreement entered 2/28/2015 payment for Dec 2017 | 1121-000 | $11,764.50 | | $255,056.17 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $360.73 | $254,695.44 |
| 02/28/2018 | (5) | Alpha Analytical | 36 month payment agreement entered 2/28/2015, January 2018 payment | 1121-000 | $8,756.40 | | $263,451.84 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $341.74 | $263,110.10 |
| 03/11/2018 | 20008 | Franchise Tax Board | 2018 Tax for FEIN 68-0423362 , allowed per order 79 | 2820-000 | | $800.00 | $262,310.10 |
| 03/28/2018 | (5) | Alpha Analytical | 36 month payment agreement entered 2/28/2015 | 1121-000 | $12,091.01 | | $274,401.11 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $391.98 | $274,009.13 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $393.92 | $273,615.21 |
| 05/02/2018 | (5) | Alpha Analytical | 36 month payment agreement entered 2/28/2015, Final payment | 1121-000 | $6,696.75 | | $280,311.96 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $415.45 | $279,896.51 |
| 06/14/2018 | 20009 | J. Russell Cunningham | Approved per order #139 | * | | $23,075.46 | $256,821.05 |
| | | | Approved per order #139    $(22,865.00) | 3210-000 | | | $256,821.05 |
| | | | $(210.46) | 3220-000 | | | $256,821.05 |
| 06/21/2018 | 20010 | Michael Gabrielson | Payment per order #144 | * | | $24,079.17 | $232,741.88 |
| | | | Payment per order #144    $(23,691.50) | 3410-000 | | | $232,741.88 |
| | | | $(387.67) | 3420-000 | | | $232,741.88 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $392.43 | $232,349.45 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $350.93 | $231,998.52 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $55.59 | $231,942.93 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($55.59) | $231,998.52 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $4,059.97 | $227,938.55 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($4,059.97) | $231,998.52 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $344.82 | $231,653.70 |
| 12/29/2018 | 20011 | Kimberly Husted | Trustee Compensation | 2100-000 | | $29,041.83 | $202,611.87 |
| | | | **SUBTOTALS** | | $46,458.56 | $109,371.52 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-23594-C-7 | Trustee Name: | Kimberly Husted |
|---|---|---|---|
| Case Name: | SIERRA FOOTHILL LABORATORY, INCORPORATED, A CALIFORNIA CORPORATION | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3362 | Checking Acct #: | ******3594 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/30/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/20/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/29/2018 | 20012 | Kimberly Husted | Trustee Expenses | 2200-000 | | $706.96 | $201,904.91 |
| 12/29/2018 | 20013 | E.S. BABCOCK & SON INC. | Claim #: 1; Amount Allowed: 15,585.08; Distribution Dividend: 26.64; Account Number: ; Dividend: 1.79; | 7100-000 | | $4,152.42 | $197,752.49 |
| 12/29/2018 | 20014 | ANTHEM BLUE CROSS | Claim #: 2; Amount Allowed: 12,262.00; Distribution Dividend: 26.64; Account Number: ; Dividend: 1.41; | 7100-000 | | $3,267.03 | $194,485.46 |
| 12/29/2018 | 20015 | Attorney Recovery Systems Inc | Claim #: 3; Amount Allowed: 9,387.98; Distribution Dividend: 26.64; Account Number: ; Dividend: 1.07; | 7100-000 | | $2,501.29 | $191,984.17 |
| 12/29/2018 | 20016 | Attorney Recovery Systems Inc | Claim #: 4; Amount Allowed: 21,173.84; Distribution Dividend: 26.64; Account Number: ; Dividend: 2.43; | 7100-000 | | $5,641.47 | $186,342.70 |
| 12/29/2018 | 20017 | CALIFORNIA SERVICE BUREAU, INC. | Claim #: 5; Amount Allowed: 31,282.80; Distribution Dividend: 26.64; Account Number: ; Dividend: 3.59; | 7100-000 | | $8,334.85 | $178,007.85 |
| 12/29/2018 | 20018 | FRANCHISE TAX BOARD | Claim #: 6; Amount Allowed: 800.00; Distribution Dividend: 100.00; Account Number: ; Dividend: 0.13; | 5800-000 | | $306.79 | $177,701.06 |
| 12/29/2018 | 20019 | FRANCHISE TAX BOARD | Claim #: 6; Amount Allowed: 22.02; Distribution Dividend: 26.64; Account Number: ; Dividend: 0.00; | 7100-000 | | $5.87 | $177,695.19 |
| 12/29/2018 | 20020 | Microtech Scientific | Claim #: 7; Amount Allowed: 16,788.60; Distribution Dividend: 26.64; Account Number: ; Dividend: 1.93; | 7100-000 | | $4,473.08 | $173,222.11 |
| 12/29/2018 | 20021 | McCampbell Analytical, Inc. | Claim #: 9; Amount Allowed: 21,287.59; Distribution Dividend: 26.64; Account Number: ; Dividend: 2.44; | 7100-000 | | $5,671.77 | $167,550.34 |
| 12/29/2018 | 20022 | Forensic Analytical | Claim #: 10; Amount Allowed: 9,387.98; Distribution Dividend: 26.64; Account Number: ; Dividend: 1.07; | 7100-000 | | $2,501.29 | $165,049.05 |
| 12/29/2018 | 20023 | Plus It | Claim #: 11; Amount Allowed: 7,950.00; Distribution Dividend: 26.64; Account Number: ; Dividend: 0.91; | 7100-000 | | $2,118.16 | $162,930.89 |
| 12/29/2018 | 20024 | Bsk Associates Engineers Laboratories | Claim #: 12; Amount Allowed: 53,310.40; Distribution Dividend: 26.64; Account Number: ; Dividend: 6.13; | 7100-000 | | $14,203.79 | $148,727.10 |
| 12/29/2018 | 20025 | Pacific Gas and Electric Company | Claim #: 13; Amount Allowed: 7,150.65; Distribution Dividend: 26.64; Account Number: ; Dividend: 0.82; | 7100-000 | | $1,905.19 | $146,821.91 |
| 12/29/2018 | 20026 | TGG Management Company, Inc. | Claim #: 14; Amount Allowed: 12,906.30; Distribution Dividend: 26.64; Account Number: ; Dividend: 1.48; | 7100-000 | | $3,438.70 | $143,383.21 |

| | | | | SUBTOTALS | $0.00 | $62,667.36 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No:** 15-23594-C-7 | **Trustee Name:** Kimberly Husted |
| **Case Name:** SIERRA FOOTHILL LABORATORY, INCORPORATED, A CALIFORNIA CORPORATION | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** **-***3362 | **Checking Acct #:** ******3594 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** |
| **For Period Beginning:** 4/30/2015 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** 6/20/2019 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/29/2018 | 20027 | Employment Development Department | Claim #: 15; Amount Allowed: 20,438.96; Distribution Dividend: 100.00; Account Number: ; Dividend: 3.52; | 5800-000 | | $8,175.58 | $135,207.63 |
| 12/29/2018 | 20028 | Employment Development Department | Claim #: 15; Amount Allowed: 4,228.95; Distribution Dividend: 26.64; Account Number: ; Dividend: 0.48; | 7100-000 | | $1,126.74 | $134,080.89 |
| 12/29/2018 | 20029 | Internal Revenue Service | Claim #: 16; Amount Allowed: 181,662.19; Distribution Dividend: 100.00; Account Number: ; Dividend: 29.10; | 5800-000 | | $67,432.31 | $66,648.58 |
| 12/29/2018 | 20030 | Internal Revenue Service | Claim #: 16; Amount Allowed: 69,665.71; Distribution Dividend: 26.64; Account Number: ; Dividend: 8.01; | 7100-000 | | $18,561.44 | $48,087.14 |
| 12/29/2018 | 20031 | Blue Shield of California | Claim #: 17; Amount Allowed: 18,407.00; Distribution Dividend: 26.64; Account Number: ; Dividend: 2.11; | 7100-000 | | $4,904.28 | $43,182.86 |
| 12/29/2018 | 20032 | Richard L. Nurse | Claim #: 18; Amount Allowed: 21.13; Distribution Dividend: 26.64; Account Number: ; Dividend: 0.00; | 7100-000 | | $5.63 | $43,177.23 |
| 12/29/2018 | 20033 | California Laboratory Services | Claim #: 19; Amount Allowed: 68,205.40; Distribution Dividend: 26.64; Account Number: ; Dividend: 7.84; | 7100-000 | | $18,172.35 | $25,004.88 |
| 12/29/2018 | 20034 | JM Partners LLC | Claim #: 20; Amount Allowed: 4,940.61; Distribution Dividend: 26.64; Account Number: ; Dividend: 0.56; | 7100-000 | | $1,316.35 | $23,688.53 |
| 12/29/2018 | 20035 | Frontier Communications | Claim #: 21; Amount Allowed: 763.90; Distribution Dividend: 26.64; Account Number: ; Dividend: 0.08; | 7100-000 | | $203.53 | $23,485.00 |
| 12/29/2018 | 20036 | Radoslovich | Claim #: 22; Amount Allowed: 33,522.19; Distribution Dividend: 26.64; Account Number: ; Dividend: 3.85; | 7100-000 | | $8,931.51 | $14,553.49 |
| 12/29/2018 | 20037 | Clerk, US Bankruptcy Court | Small Dividends | * | | $3.99 | $14,549.50 |
| | | | Claim Amount $(3.99) | 7100-001 | | | $14,549.50 |
| 12/29/2018 | 20038 | AT&T Mobility II LLC | Claim #: 25; Amount Allowed: 731.14; Distribution Dividend: 26.64; Account Number: ; Dividend: 0.08; | 7100-000 | | $194.80 | $14,354.70 |
| 12/29/2018 | 20039 | Kiff Analytical, LLC | Claim #: 26; Amount Allowed: 23,374.75; Distribution Dividend: 26.64; Account Number: ; Dividend: 2.68; | 7100-000 | | $6,227.87 | $8,126.83 |
| 12/29/2018 | 20040 | First Insurance Funding Corp | Claim #: 27; Amount Allowed: 521.78; Distribution Dividend: 26.64; Account Number: ; Dividend: 0.06; | 7100-000 | | $139.02 | $7,987.81 |
| 12/29/2018 | 20041 | Bowers Outdoor Maintenance | Claim #: 28; Amount Allowed: 1,425.00; Distribution Dividend: 26.64; Account Number: ; Dividend: 0.16; | 7100-000 | | $379.67 | $7,608.14 |

**SUBTOTALS**     $0.00     $136,154.74

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-23594-C-7 | | Trustee Name: | Kimberly Husted |
|---|---|---|---|---|
| Case Name: | SIERRA FOOTHILL LABORATORY, INCORPORATED, A CALIFORNIA CORPORATION | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3362 | | Checking Acct #: | ******3594 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/30/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/20/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/29/2018 | 20042 | Secretary of Labor Thomas E. Perez, United States | Claim #: 29; Amount Allowed: 28,555.27; Distribution Dividend: 26.64; Account Number: ; Dividend: 3.28; | 7100-000 | | $7,608.14 | $0.00 |
| 01/21/2019 | 20039 | VOID: Kiff Analytical, LLC | | 7100-003 | | ($6,227.87) | $6,227.87 |
| 01/21/2019 | 20043 | Richard Premzic | Claim #26 for Kiff Analytical | 7100-000 | | $6,227.87 | $0.00 |
| 05/02/2019 | 20014 | STOP PAYMENT: ANTHEM BLUE CROSS | Claim #: 2; Amount Allowed: 12,262.00; Distribution Dividend: 26.64; Account Number: ; Dividend: 1.41; | 7100-004 | | ($3,267.03) | $3,267.03 |
| 05/02/2019 | 20026 | STOP PAYMENT: TGG Management Company, Inc. | Claim #: 14; Amount Allowed: 12,906.30; Distribution Dividend: 26.64; Account Number: ; Dividend: 1.48; | 7100-004 | | ($3,438.70) | $6,705.73 |
| 05/02/2019 | 20042 | STOP PAYMENT: Secretary of Labor Thomas E. Perez, United States | Claim #: 29; Amount Allowed: 28,555.27; Distribution Dividend: 26.64; Account Number: ; Dividend: 3.28; | 7100-004 | | ($7,608.14) | $14,313.87 |
| 05/02/2019 | 20044 | ANTHEM BLUE CROSS | re-issued distribution on claim 2-1 filed 7-6-2015 | 7100-000 | | $3,267.03 | $11,046.84 |
| 05/02/2019 | 20045 | US Bankruptcy Court | Turnover of unclaimed dividends claims 14 and 29 | 7100-000 | | $11,046.84 | $0.00 |
| | | | **TOTALS:** | | $515,836.64 | $515,836.64 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $515,836.64 | $515,836.64 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $515,836.64 | $515,836.64 | |

**For the period of  4/30/2015 to 6/20/2019**

| | |
|---|---|
| Total Compensable Receipts: | $515,836.64 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $515,836.64 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $515,836.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $515,836.64 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 06/10/2015 to 6/20/2019**

| | |
|---|---|
| Total Compensable Receipts: | $515,836.64 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $515,836.64 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $515,836.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $515,836.64 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 15-23594-C-7 | **Trustee Name:** | Kimberly Husted |
|---|---|---|---|
| **Case Name:** | SIERRA FOOTHILL LABORATORY, INCORPORATED, A CALIFORNIA CORPORATION | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***3362 | **Checking Acct #:** | ******3594 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 4/30/2015 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 6/20/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $515,836.64 | $515,836.64 | $0.00 |

**For the period of 4/30/2015 to 6/20/2019**

| | |
|---|---|
| Total Compensable Receipts: | $515,836.64 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $515,836.64 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $515,836.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $515,836.64 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/30/2015 to 6/20/2019**

| | |
|---|---|
| Total Compensable Receipts: | $515,836.64 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $515,836.64 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $515,836.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $515,836.64 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ KIMBERLY HUSTED

KIMBERLY HUSTED